# EXHIBIT 2

Tor vicky ███████          Free Download
tor ███      tor-vicky·        html
Tor vicky ███        Free Download, Tor vicky        Software Collection Download.

### vicky 107 minute collection free files download - (4 files): Search ...
www.██████████search/vicky+107+minute+collection
vicky 107 minute collection direct to download for free from rapidshare and ..    ' vicky
the 107 minutes collection mpeg ·              vicky the 107 ...

#### vicky enjoy
███████████
██████████  vicky enjoy - If you want to very powerful and highly far more costeffective compare.
Offer Mekail winchester bonuses Why would somebody buy from.

### Vicky and Janet UPDATE!!! - YouTube
www.████████████
Aug 22, 2008 ...         sentenced to 50 years in prisonby KXLYFeatured ... Mr Vicky      ·
Can't Get You Out Of My Headby Xxpizz3xX963 views · Little ...

#### (Vicky)- Cumchoke-01(2004).mpg
www.████████████
poser - daz 3d - clothing - renderosity 08012 - xurge - fantasy leather outfit for vicky and
stephanie.zip

### Aka Vicky Pics - Imagechan
www.██████████/...rch/      i-aka-vicky-pics
Your search for ·        Aka Vicky Pics has located the below items matching your request
Aka Vicky Pics published on Imagechan .

### ████ ████████ Vicky Torrents - TorrentFunk
www.███████████  i-vicky
Download        Vicky Torrent at TorrentFunk. We have 1335          Vicky Movie
torrents for you!

### Probably Bad News: That Caption Written By P. Bear - EPIC FAIL ...
███████████
Sep 1, 2011 ... This guy was responsible for the "Vicky" series, or      Google his name,
you will see plenty of news sights. Reply. Zeke says: ...

███████████
www.████████████h?id=41919
██████████████is a long-running American TV show produced by 20th Century Fox, and is
the longest-running program of any kind in the history of the Fox ...

### Pthc Vicky 11yo Swallows          And Daddy      ···
██████████████+And+Daddy+      i-q
Pthc Vicky 11yo Swallows ··· ··· ' And Daddy      i Full Download: 976 downloads
at 2472 kb/s. [Verified] Pthc Vicky 11yo Swallows   ...

Prev  1 **2** 3  4  5  6  7  Next

---

Are you looking for?
_____  Photos
_____  Vicky Video
_____
Vicky
_____  Pics
_____  Aka Vicky P...
Slicky Vicky Videos
La Magazine Photos

Recent Searches  Hide
_____  Vicky
·
Clear all

Vicky

- Web
- Images
- Video
- News
- Local
- White Pages

Are you looking for?
Photos
Vicky Video

Vicky
Pics
Aka Vick...
Sticky Vicky Videos
Ls Magazine Photos

We Found Vicky
www.[REDACTED].com Sponsored. Ads by Yahoo!
1) Vicky        s Info - Try Free! 2) Current Phone, Address & More.
We Found:Vicky
www[REDACTED]        Sponsored. Ads by Yahoo!
Vicky        Info - Try Free! Current Phone, Address & More.
PTHC analysis at MainKeys
[REDACTED]/        PTHC/ Found on: Google
        Vicky ·        As Vicky Pthc ·
V     Video Pthc ·        Website ·        Vicky Pthc ...
vicky video pthc analysis at MainKeys - Main Keywords
[REDACTED]        ·vicky-video-pthc/ Found on: Yahoo! Search
        vicky video pthc on MainKeys. General-files.com,Dogpile Web
Search.AlikesWebsites.com helps you find alikes. similar. related, or alternative websites.
        &        pleaded guilty ...
[REDACTED]        pleaded-guilty/ Found on: Yahoo! Search
        vicky;        photo;        video;        vicky
pix:        story;        Photos;        daughter;
        - Aidpage Conversation
[REDACTED]/ Found on: Yahoo! Search
Talking about:        - What's Your Take? ... An article caught my eye the other
day and I have been thinking about it every since.
        Vicky Pics - Imagechan
www.[REDACTED]        vicky-pics Found on: Yahoo! Search

Vicky Pics Your search for                Vicky Pics has located the
below items matching your request for          Vicky Pics published on Imagechan.
**- download - (15 files) - Rapidshare - Hotfile ...**
www. ███████████████              Found on Yahoo! Search
download from FileZoo search engine - Vicky Today          2008 http
i                    Fever Sessions zip http        showgirl ...
**aka Pthc Pedo Vicky (11Yo) & Aimee (Sister 9Yo)(Ptsc ...**
██████████████████             mpg Found on Yahoo! Search
Documents that related with          aka Pthc Pedo Vicky (11Yo) & Aimee (Sister
9Yo)(Ptsc) mpg Ton of purchasing option
**vicky anal 2 avi "**            "      dildo ...
█                     Found on Yahoo! Search
vicky collection,      s1e05,      hits,      temporadas dublado,
pthc,      father.
**UPDAT    Little girl on porn tape - Democratic Underground**
www. ██████████████             Found on Yahoo! Search
Cops say      would show      pornography and molest her, then threaten her not to
tell anyone. After         divorce was finalized later that year, ...
**Download**              **(Vicky) - Cumchoke-01 (2004).mpg - Free ...**
███████████████             Found on Yahoo! Search
Download now. File Size: 20 mb. Other Downloads;          v...) ped part3.mpg 62.9
mb;          (vicky).mpg 181.2 mb

Prev
6

7

8

9 ████████████████████████████

10

11

12
Next

**Vicky**

About Infospace | About Dogpile | Community | Press Room | FAQs | Privacy Policy | Terms of Use |

Contact Us | View Mobile Site
© 2012 InfoSpace, Inc. All Rights Reserved

Link To This Entry | Related Entries: News, Video, Web Site Traffic

## 174 Responses to " ██████████████████

1. *KP* Says:
   November 5th, 2007 at 1:53 pm

   I really think this dude is freakin' PSYCHO!!!! WTF??? His own daughter??? 10 years old???? He could have at least waited until she was 18!!! lol. Naw, that's still nasty…..



1/13/10 9:25 PM

2. *Dude* Says:
   November 13th, 2007 at 6:09 pm

    is smoking hot!

3. *Frsjulio* Says:
   November 25th, 2007 at 10:20 am

   I think ▮ is a so beautiful girl… i've fallen in love… lol

4. *Mansmell* Says:
   December 5th, 2007 at 1:07 pm

   wow ▮ sure is ugly
   I won ▮ the bitch was always so ugly

5. *Vampire* Says:
   December 6th, 2007 at 6:46 pm

   I feel really very sorry for the poor girl..I hope she's ok now…it was really very brave of her to speak out…That fucking pedo should be shot in the head or tortured to death.

   PS: every1 who's talkin shit 'bout ▮ is f'd up!!! get a life losers!

6. *Pumpjack* Says:
   December 10th, 2007 at 3:23 am

   Is this the same "Vicky"( now i know her real name) whom i watched on many videos giving her dad lots of blowjobs? And actually liking them very much? Wow i always thought that she would grow up to be a very beautiful teenager but i guess did not, or maybe that pix was just in a bad angle.Oh well on that video i saw nothing violent or anything she actually was smiling and loving it when her dad came into her mouth. That video was very rampant here in the Philippines.

7. *Hmmm…* Says:
   December 12th, 2007 at 10:05 pm

   Pumpjack: Not sure if you're sick, severly backward and sick or just severly, severly backward. Has it ever crossed your lilliputian mind that YOU are a part, a VOLUNTARY participant, of an obscene and, by virtue (ironic pun, that) of the internet, lucrative and widespread system of nightmarish abuse? Oh, and not to mention illegal…

   Well, lets just say that watching as you did, ie enjoying it (???), is almost as bad as doing it and if the moderators of this site had any sense…

   Whatya think, genius? Or…can you?

8. *lelutmanuk* Says:
   January 27th, 2008 at 1:06 am

1/13/10 9:25 PM

you people are bunch of sick motherfuckers they should fucking cut your nuts off sick motherfuckers

9. *Ryan* Says:
February 5th, 2008 at 7:31 am

yeah she was smiling watch giving blowjobs, and talking like everything was normal. Its wierd to know her name after all this time, and she always looked younger than 10

10. *Rebulon Ruster* Says:
February 17th, 2008 at 7:11 pm

Yup, it's the same "Vicky" as in the videos. Hard to believe from her actions that she was an unwilling victim of child abuse, but I suppose she must get her retribution sometime.

11. *Rebulon Ruster* Says:
February 19th, 2008 at 4:03 pm

If ▮▮, aka "Vicky" is so innocent, why is there a home video of her at 10 years and her sister
Ai ▮ (8) cavorting semi-nude in their ba▮ ▮▮posing erotically? Both girls appear to be very willing subjects. I suspect there is more to ▮▮ motive than just exposing her father as a pedophile rapist. If anyone has seen these "Vicky" vi ▮ hey would instantly recognize that she was a very willing subject.

12. *lulwut* Says:
February 26th, 2008 at 12:24 am

I do really feel sorry for that guy… If you seen the "vicky" videos, you'll know that most likely ▮▮ has molested her father and not her father molested her.
The judge should really look throughly into those vids.

Vampire–: Never judge anything before seeing all parts of the story, trust me.. She IS a slut.

Hmmm…–: So you think watching such stuff is a crime as the stupid federals do… just tell me, why if I watch a video of a guy shooting another guy it's not a crime? would I be encouraging or motivating homicide if I did???
Seriously, law should be reconsidering that..

PS. She looked much better when she was younger, She's so ugly now!.
Oh, and I'm not a pedophile I actually don't like kids, they're just EWWW!!!
And I despise pedophiles (The ones who REALLY hurt kids) Those should be killed.

Lets just say I like saying the truth!!

13. *zara kaddour* Says:
February 28th, 2008 at 11:38 am

You people are all sick. I've seen this video by accident on limewire, how could anyone even dare to say a 10 year old pre- pubesent CHILD would even be able of comprehending what was happening to her? There was quite a few of these videos circulating as i started doing some research out of my disgust for what i had seen. It shows the man in question obviously grooming her from a young age

which is what pedophilles do! How could you begin to imagine the trauma this girl has gone through? you should all be ashamed at your ignorance.

14. *zara kaddour* Says:
February 28th, 2008 at 11:47 am

The TRUTH is you people are a bunch of immature unfeeling heartless animals having a laugh at someones most inner most shame. To grow wise with age and realise your childhood was corrupted and taken away from you by someone you trusted, how anyone could move on from that and lead a normal life would take great courage and here you are making it into a joke, i cant even describe the anger i felt reading these posts, people like you are the reason the world will never change with stupidity and ignorance infecting society like a disease.

15. *bwb67* Says:
March 5th, 2008 at 3:38 pm

She seemed top be very willing and been doing for a lot longer and not unhappy at all

16. *Mir* Says:
March 8th, 2008 at 10:44 pm

Paedophobes are very emotional.

Terrific videos, they were. I do so love a loli that likes it.

Seriously, though, her complicity with the juicy could have been staged goodly enough. But I wouldn't put faith in this twee sensationalist spread.

17. *A* Says:
March 9th, 2008 at 3:01 am

Well first of all I thank those____hav watched the vicky bids before making judgement about the situation. First of all, vicky (____) did all those acts willingly and happily. Her father explained everything to her what sex is____people do it and started small doing it to her (i.e. stroking, cumming on a seperate sheet of cloth) thus not scaring her letting her enjoy it. The only ones that caused her harm was her mother and society, think about it she did all those things of her own will she knew what she was doing her father explained it to her, now her mother comes all of a sudden and tells her its wrong and its illegal, now she doesnt know what to think, shes confused she evidently didnt wanna get herself or her father into trouble so she refused his sexual advances theres no evidence that he got physical and the society stepped in and took her father away, exactly what she didnt want, thus all the harm caused on her is thanx to societies forced laws. Dont get me wrong child abuse is wrong and those that hurt children in anyway should be tortured to death but this was a loving relationship between father and daughter, no abuse whatsoever, well atleast not until society stepped in with its biased and simple minded laws.

18. *imperial i.p.a.* Says:
March 9th, 2008 at 11:36 pm

ask axl rose what he thinks guns n roses were the soundtrack

██████████                                                             1/13/10 9:25 PM

hahahahahahahahahahahahahah!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

19. *Immortal* Says:
March 10th, 2008 at 9:08 am

You could definitely see her juices flowing and how horny she was in the videos.

20. *dannyhlk* Says:
March 12th, 2008 at 1:54 am

I think that is true that she was enjoing the whole time that she was with her father, if she really would not like it she would had talk sooner, but why she only talk when somebody told her that that was wrong I think that she really loved her her fahter thats why she did all that stuff with him and that was not a rape if u look a the vicky videos, she was very willing, wet horny liking it, and even masturbating herself when her dad was screwing her, smiling happy and a little disapointed when she couldnt swallow it all. thats the true

21. *A* Says:
March 13th, 2008 at 10:06 am

But thats the whole thing then why is it still seen as wrong, she was obviously not molested, but thought it was wrong cause thats what her mom tolde her. Why is what her father did to her still wrong, cause the government says it is?, screw that. Eg. If people see a child porn video and the child enjoys it they still think its wrong, why, cause they think its impossible for a child to be sexually active and that its wrong to even think such a thing is positive thus in the case where a child enjoys sex they think that just the idea of a child having sex is wrong, thats ignorant. Children have every right to do what they want even have sex. As long as the adult or sex partner explains everything to them and taking it slowly, thus treating it more like a game to them in order not to scare them and not to confuse them or complicate things for them. Now society just has to start realising this and stop judging before they know all the facts. Now anyone who disagrees with me please enlighten me how Im wrong, and please give me valid reasons not just cause your a pedo mofo.

22. *HL* Says:
April 5th, 2008 at 4:06 am

The Vicky videos are legen████. Have only seen small thu████ of some of them. The girl is an active and eager participant. Sad ██ felt it necessary to betray ██. Revenge and a vengeful mother are probably among the cause. I agree very much with you ██ mment. The problem is the legal and criminal persecution, not the loving activities.

23. *A* Says:
April 5th, 2008 at 3:55 pm

Exactly HL, and thats the thing no matter how much we make sense and argue, the government will always be stubborn and narrow minded about this and never even try to debate this situation. Which just just pisses me off cause they think theyre the majority they think they can do what they want. What about the gays they were also prosecuted but theyve attained freedom, I hav nothing against gays they can be who they want to be they have the courage to be themselves, Im just saying Ill never be gay, I love little girls way too much. Heres to hoping society opens their eyes some day.

1/13/10 9:25 PM

May 27th, 2008 at 3:48 pm

She was way hotter when she was 10.

The ultimate exoneration for dad would be if she gets into "regular" adult porn now.

The main thing that bothered me about the videos is that he "interviews" her a lot but in most of them there isn't any sound (except for "salty milk"). I always wanted to know what she was saying in the other ones.

37. *AL* Says:
   May 30th, 2008 at 3:35 am

   You retards do know that the Feds can track you online, right? Not very smart to admit that you are in possession of an illegal material. By giving details about the vids that you would only know if you had seen them, you are making yourself a target.

38. *Marvin Candle* Says:
   June 2nd, 2008 at 10:38 am

   You guys are sick and should be shot! So what if she enjoyed it at the time?! She was 10, and it was what she grew up with, she though it was normal. It was child abuse, it was rape, and by her own fricking father! She had her childhood taken from her! I'm gonna make sure authorities sees the comments on this page.

39. *Francisco Boni* Says:
   June 11th, 2008 at 5:20 pm

   A retard named "A" here is affirming that vicky (████) did all those acts willingly and happily. You are a waste of matter occupying space. Stop watc███ porn you freaking retard, because a KID, a child sucking a dick with a smile in her face doesn't actually means that she know what sex is. If a image of a happy child doing sex automatically makes you remember a whore enjoying to receive or giving pleasure, you are a psychopath. You are imagining facts and sensations that exists only inside you fucked up mind. Even when two adult people agree to enjoy eating each others shit, it has the tension of pleasure because in a symbolic way they are accepting each other in a dissonant moral and sensitive way, they are eating each other. Even in this case, everyone know what pleasure is and are PREPARED TO DEAL with pleasure and with the relations. If you have the capacity to interact with children without thinking about pleasure, you can automatically know that CHILDREN are always willingly to play along with the people that they trust and receive food, shelter, security.

   A children doesn't know how to deal with pleasure, that's why they can be so traumatized. In the end, fucking psychopaths like you are egoistic lump of matter that are lying to yourself while abusing a child, in a way that it remember some kind of pleasures to yourself, in a way that make you feel freaking powerful.

   It's a pity that neuropsychology still doesn't has the clinical and legal ways to arrest unsocial trash like you and put you in a institution for research and treatment. And if treatment doesn't work, it's better to kill people like you immediately.

1/13/10 9:25 PM

Children must be prepared to learn about themselves, the world and about pleasure. And to know about pleasure, doesn't mean use them, abuse them while lying to yourself mentally. A child doesn't know how to deal with pleasure, the lack of it and security. Children can learn and imitate, because they want to be trusted and satisfy the ones who can provide and fix everything for them. They imitate, they don't give pleasure because they have established in their minds that sexual pleasure is good, so like, 'my daddy likes that thing called pleasure, something that I like'. Psychopaths can feel themselves as powerful entities in relation to a simple child that is always willing to be helped, recognized and cared. And they translate that facts into the development of a sexual relation, in terms that the child can actually do something for someone because they identify with the necessities of other. Children usually are LEARNING how to deal with other people, identify their owns needs and feeling in others. Thats why children usually fight a lot until they get sensitive about people feelings. And now, some psychopaths wants to manipulate children to get their own pleasure, stating here that they KNOW WHAT THEY WANT and other people want.

40. *Toni* Says:
June 13th, 2008 at 5:38 am

The major point of this story is that if the father has broken the law and is successfully prosecuted, innocent until proved guilty, then he will be found guilty of statutory rape of a minor and the manufacture and distribution of child pornography and should be sentenced accordingly, not whether or not the child enjoyed it or whether or not she was hurt which seems to be the arguments of the pedophiles trying to justify the exploitation of children for their own depraved sexual gratification including lulwut who doth seem to protest to loudly about not being a pedophile.

The sad thing is that she has been abused by someone who is a major role model in the formative years of her life who she should be able to trust and who has deprived her of the innocence of childhood she will have to live with the mental trauma of being abused for the rest of her life made worse by the fact that she now knows she has a world wide audience of the lowest form of sick minded and morally absent scum on this planet watching her being abused, however, she seems to be a survivor and I for one wish her a successful life.

As stated on this post by the more normal ▮▮▮▮ is a victim of a manipulative parent a friend of mine who was abused by her stepfather from the ▮▮▮ of 8 being a child she thought that this was the norm a part of growing up, why? because her stepfather told her so, why didn't her mother find out? again she was cleverly manipulated by her stepfather. A life ruined by a deviant for his own sexual gratification who is now reflecting on his crime in prison but no prison sentence will undo the long term trauma done to my friend it might appease society but for the thousands who are abused yearly it does not cure the mental scars of abuse so what is the appropriate action to stop the abuse of children who knows.

To finish off my rant anyone who has watched these films or any others involving children being abused and have enjoyed them my advice is to seek professional treatment because you need it.

41. *AL* Says:
June 20th, 2008 at 6:46 am

Prison sounds fine to me for these sickos. Enjoy your new cell mate Bubba, and don't drop the soap.

LEAVE THAT MAN ALONE I AGREE 100% VICKY WAS W▮▮▮▮▮▮▮▮▮▮UT THE WHOLE ORDEAL AND SHE WAS DRIPPIN WET GUIDING ▮▮▮▮▮▮▮▮▮▮▮▮▮INTO HER TIGHT LITTLE ASS AND RUBBING IT ON HER PUSSY...O▮▮▮▮▮▮▮▮HARE THE VIDEOS UNDER ANOTHER NAME SO THAT YOU ACCIDENTLY DOWNLOAD THAT AND SOMETIMES THEY PUT PC VIRUSES WITH IT

50. *AL* Says:
August 14th, 2008 at 2:34 am

It sounds like you have not only seen the videos but were actively searching for them. People like you really are stupid, if they can bust someone for downloading movies or music then they can find someone downloading kiddie porn.

51. *Cought DAMN* Says:
August 16th, 2008 at 10:57 pm

Holly Shit This Site Is suppose to be like "Oh i feel bad" or "Damn That Suxx" but we got some faggots on this talken bout how hot this pedifile is and others talken bout how ugly the chick Is..

Honestly All I Can Is LMFAO haha

52. *AL* Says:
August 25th, 2008 at 12:41 pm

Guess what pedos, the FBI just started a huge crackdown on the p2p kiddie porn problem, something called Operation Fairplay. Anyone still downloading that crap is going to be caught, if they don't already know who you are.

53. *Jim Morrison* Says:
August 30th, 2008 at 3:06 am

Personally i've come across the vids she seemed willing to me if she wasen't willing she would have refused to be perfectly honest with u, now i'▮▮▮▮▮▮▮▮▮▮ving sexual activity with kids is Ok but after further study of the videos "Vicky" aka ▮▮▮▮▮▮▮ is a confussed girl thanks to her mom plus if she felt wrong about it she ▮▮▮ld have ▮▮▮g to someone specially in school to like a teacher but never did. so all in all ▮▮▮ should not have been charged its just a ex wife seeking revenge against ex husband more ▮▮▮ just had it turned into something more brutally misled. but all in all i'm stickly against child porn.

54. *Reason Guy* Says:
September 2nd, 2008 at 1:39 am

Ok ▮▮▮▮ am not a pedo, not attracted to kids. But the pedos here do have a point. If (and its a big if) ▮▮▮ dad really did not force anything on her and she truly enjoyed the sex, then one could arg ▮▮▮ rauma was due to society not accepting their unconventional relationship. I do believe kids can enjoy sex. I have a friend who was molested at the age of 12 by his incredibly hot 19 yo au pair. It is his fondest childhood memory. Thinking back at myself at that age, I would have felt myself lucky if the same thing happened to me.

1/13/10 9:25 PM

long time.

70. *Flaba* Says:
December 13th, 2008 at 12:37 pm

multi-billion dollar child pornography industry

the guy just posted his personal videos on the internet

wow what an idiot/genius

71. *sane* Says:
December 13th, 2008 at 12:42 pm

"People who watch these videos are not much better either; they fuel the multi-billion dollar child pornography industry (more interest equals more vids which, in turn, means more money)."

LOL hahaha there is no "billion dollar child pornography industry". It's more like a multi-thousand dollar "industry" at best. There's no such thing as non-amateur child pornography, and there are no companies in the world that officially sell it.

hilarious melodrama from your moral high horse.

72. *Fortune Bee* Says:
December 13th, 2008 at 1:28 pm

This is quite odd case, but I have to agree with the Pedo-defenders here, I took the risk and had a look at a few of the videos and its pretty damn obvious that the girl is enjoying it and giving full consent, for those of you saying she was groomed or pressured into acting that way then you should actually watch the video because that is not whats going on.

I agree that child molestation is wrong, but I don't think this counts, This is completley consensual sex between two people, not some Joseph Fritzl escapade.

Also on a note, the thing thats made me most sick when reading through this is the disgusting attitudes for the posters. "Kill the pedo" "Torture him to Death" "Have him be raped and killed." You people are god damn fucking sick, If you honestly think that brutal torture and murder is a just punishment for anything then your no better than some kiddie fucking rapist.

Scratch that, I'd rather shake hands with a guy who has has sex with a 6 yearold than some blood thirsty psycopath like you.

73. *BadBoy* Says:
December 13th, 2008 at 4:23 pm

There are things about ▮▮▮ story that just don't add up.

She says ▮▮▮ forced her but everyone who has seen the vids says she was a willing and active particip▮▮
Maybe ▮▮▮ could edit the tapes to make it look that way but I understand there is a 108min vid of

http://hltsusa.com/blog▮▮▮▮▮▮▮▮

1/13/10 9:25 PM

Vicky. It would be difficult to edit that in such a fashion, there must have been at least SOME evidence of her being forced.

She says she forgot all about the abuse until she watched Forest Gump but also claims that ████ had been pestering her for more since she stopped and she always refused. Which would make ███ fficult, if not impossible, to forget.

She says she stopped having sex with her dad after her mom talked to her about sex abuse. Seems a strange thing to talk to your young daughter about about if you didn't know she was having sex.

Most of all I can't help noticing that ████ only went public after ███████ did the same thing and became a multi millionaire from selli ███ er story.

Also, all the TV programs and newspapers that have feasted on this story like hyenas at a kill have made money selling advertising space. To my mind they and the advertisers themselves are just as bad as anyone who makes this type of pornography.

74. *hitsusa* Says:
December 18th, 2008 at 10:12 am

Father pleads guilty to rape charges
A man who raped his daughter and posted videos of the abuse online before fleeing the country ████ d guilty W████████████urt and likely faces the rest of his life in prison. Onetime ████ resident ████████ 46, will spend decades in federal prison.

████████████ 46 — described by law-enforcement officers as "one of the most heinous" ████████ guilty to production of child pornography and interstate transportation of a minor for the purpose of unlawful sexual activity.

His agreement w████████al prosecutors calls for a sentence of 50 years in prison, plus three years of probation, when ████ is sentenced March 25.

"A 50-year sentence is go████ e a life sentence," said Assistant U.S. Attorney Stephanie Lister, who prosecuted the case. ████ would serve some 42 years before he could be considered for parole.

He also pleaded guilty to three ████████ charges of child rape during an appearance in ████ County Superior Court, in exch████ pected sentence of 20 years, to run concurrently ███ e federal time. He will be held in a federal prison.

████ capture involved law-enforcement officers in China, Hong Kong, Canada and a host of ███ d local agencies, officials said.

████ was loathsome even by the ████ ards of pedophiles, said Leigh Winchell, an Immigration ███ oms Enforcement agent in ████ .

"████████ distinguishes himself as one of the most heinous and despicable pedophiles ICE h████ ed," Winchell said.

1/13/10 9:25 PM

tremendous amount of influence among young people and on the internet, the preferred media of young people.

Whenever an existing culture is challenged by a new one, the culture representing the status quo is always at a disadvantage, because they offer nothing but what everybody already has, while the challengers offer something new and interesting. The defenders can only discourage people by promoting fear, uncertainty and doubt (FUD), while the challengers encourage people by pointing out the problems with the old culture and offering something which may appear better, at least to many people.

If indeed this is what is happening, who will win in the end? What will be the result? Time will tell!

104. *Butch Jarvis* Says:
May 27th, 2009 at 8:34 pm

There are so many vids of this girl out there. Clearly she is enjoying what she does. You can hear it in the dialog too. The ____eason she came forward was because they were trying to bust her father. Her name even has lie____in it.

105. *Butch Jarvis* Says:
May 27th, 2009 at 8:37 pm

Check out her current pic

106. *danny* Says:
May 31st, 2009 at 8:18 pm

I WANT TO KNOW WHY IT WAS OK ABOUT 70 or 80 YEARS AGO TO HAVE SEX OR EVEN MARRY A 12yo AND SOCIETY SAYS ITS SO WRON!! WHY? THE STORY SAYS THAT THE COULD GET MARRY CAUSE AT 12 she was already a woman cause at that age the period began so she was fisically ready to have children, not trying to justied sexual perversions but why people back then wasnt being call pervert or thrown to jails why if it was normal back then now its not ???

107. *barbie* Says:
June 7th, 2009 at 3:56 am

After her relationship with father, she was left to false moral society teaching her that sex is wrong and raising her inner guilty. She told all story without a reason.

My conclusion is that when ____ realise what she have done, why she done that and what's left after all that, she will kill herself.

Society will tell that is ok because she couldn't live with all that rape memory, but actually, she will do it because stupid society forced her to change her rememberings about relation with her father.

108. *AL* Says:
June 9th, 2009 at 11:22 am

http://hitsusa.com/blo████

As far as I am concerned he did nothing wrong. As her father it was his right and his duty to make sure she knew how to pleasure a man, and the fact that he decided to share those videos with the world just speaks of what a good man he is.

122. *AL* Says:
July 18th, 2009 at 7:02 am

What exactly does that have to do with anything Player? ▮ admitted to his guilt plus uploaded videos onto the internet for the whole world to see. The m▮▮ in that article had no physical evidence against him

123. *Butch Jarvis* Says:
July 20th, 2009 at 2:39 pm

The fact remains that she is the most searched for, sought after, and downloaded ever. There are hours of video out there. It's just too bad there are not more willing like her.

124. *choo choo* Says:
July 22nd, 2009 at 11:05 pm

wow. i still cant beleive people are talking about this...
is it true about the dutch mothers training their daughters? what about english mothers? if this is true, how do i locate them? i almost had this hap▮▮▮▮once...
anyway, anyone have any newer photos of ▮▮ "vicky" the last time i saw her, she looked damn good.... tall and thin with a cute hair cut...

125. *Yeah, ok.* Says:
August 1st, 2009 at 7:34 pm

▮▮ "I want your cum in my mouth"

▮▮ "Do you want me to sop?"
Reply: "No. make me cum."

▮▮ "Put it in my ass."

▮▮ "HA HA HA...i couldn't eat it all. It's on my face."

▮▮ : "Faster daddy, faster."

ALL quotes form the videos.
Sound like unwillingness to you?
She liked it, she consented, and she is a lying whore now.

126. *pedobear* Says:
August 2nd, 2009 at 9:50 am

I heard her say "I want your cum in my mouth" but the others had no sound. And she obviously did enjoy it. I never did see him have vaginal intercourse with her though, just oral and anal.

1/13/10 9:25 PM

you people are fucking sick, i have seen parts of the video and it is fucking sick. How the hell can a 10 year old girl even comprehend what is happing to her???? all you fucks that claim the father was the victim or that poor girl knew what she was doing need to have your eyes plucked out by a fucking crow.

142. *Beto* Says:
August 29th, 2009 at 7:48 pm

Whatever you shitheads here say or do is meaningless
the sexual attraction for underaged his part of the human being
it has always existed, and will always exist

And any man that tells me that he doesn't feel anything
if a 10 year old girl is dancing her bald camel toe in front of
his nose… He's LYING !

143. *Rick A.* Says:
September 6th, 2009 at 4:34 am

Wrong again AL, if it weren't for ▮▮▮ mom denounce feds wouldn't even care, you see, there's nothing wrong with a loving fathe▮▮▮hter relationship were no abuse was committed, so there was no reason to prosecute him.

I think you are envious of ▮▮▮, there's no other way to explain your hating.

144. *AL* Says:
September 8th, 2009 at 12:13 pm

Really. I thought they had already been looking for her. Maybe you should tell law enforcement about your theory, and explain to them why it is ok for you to possess child porn. It's a good thing a loser like you will never have kids of your own due to the fact that you will most likely die a virgin.

145. *Rick A.* Says:
September 11th, 2009 at 3:57 pm

The supposed child porn were the vids of him and Vicky, duh. Why should anyone go to jail for making family vids? So, if someone is a pedo that automatically makes him a loser incapable of having relationship▮▮▮lder women, if i follow your logic that means Vicky had no father and was a gift from god to ▮▮▮? Do you have kids AL?

Your irrational hatred prevents you from appreciating the beautiful loving relationship ▮▮▮ had with his daughter, you are a disturbed individual, seek help AL.

146. *AL* Says:
September 13th, 2009 at 6:35 am

No loser I said YOU are a virgin and will never get laid. Now go wack off to some kiddie porn or something you douche bag.

147. *Pedobear* Says:

http://hltsusa.com/blo▮ ▮▮▮▮▮▮

1/13/10 9:25 PM

September 15th, 2009 at 7:58 am

I guess you'd know AL. I bet you're a repressed pedo yourself and just refuse to admit it. At least the rest of us are honest about it.

148. *Hraak* Says:
September 15th, 2009 at 2:42 pm

AL, you have a funny sense of logic. You insist that pedophiles can't have relationships with older women… and the story is about a pedophile and his daughter. How did he get a daughter if he, being a pedophile, could not have any relationship with an older woman? Oh, right, he was married!

Face it. Pedophiles can be handsome, well-built men who are good with the ladies. Matter of fact, there are pedophiles of every kind, there is no stereotypical pedophile. And they are everywhere!

149. *Rick A.* Says:
September 16th, 2009 at 4:01 am

Ad hominem, typical. What else can be expected from individuals like AL?

I sincerely pity you.

150. *oni* Says:
September 19th, 2009 at 10:38 pm

█ is go███e gone for a long time. I hope █ makes millions from this. I hope the mom is py. If █ makes millions I hope she dis her mom and stays in touch with her dad. I hope the author find every copy of these vidoes and everyone who uploaded/share them on p2p or newsgroups.
I wish the government wouldn't teach 5 yo's how to masterbate. I wish the government wouldn't hand out condems, I wish the goivernment wouldn't teach kids about gay lifestyles. I wish the government wouldn't teach oral sex in public schools. I wish the government would stay out of private peoples lives unless asked to intervene.
I wish Bill Clinton was never president. (we would then still have world trade towers)
I think the fbi should hunt down people who bomb innocents, but I suppose it is less dangerous hunting pedophiles.

151. *observer* Says:
September 20th, 2009 at 12:00 am

█ was a cop?

that explains everything; he thought he was immune having had so much power, he thought he knew how to get away with it, he thought if he got caught the law would 'go easy' on him.

152. *Free* █ *!* Says:
Septem███ 2009 at 3:34 pm

lol oni, you remind me the typical conservative douchebag, and i quote:


http://hitsusa.com/blog █

Page 40 of 48

■■■■■                                                                    1/13/10 9:25 PM

"World wants Obama as president... So what!
I want Brett Favre back. I also want 20 million dollars. I also want the left to go away... forever!
Who gives a hot damn what the world wants!!" (some dude from a youtube vid)

What a backwards country America is.

153. *Free*■■■*!* Says:
Septem____2009 at 3:43 pm

I don't think being a cop gave him that much of a sense of empowerment. There's also many
politicians (all of them conservative) who were busted with child porn or for molesting their own
kids. It's funny that the people who supposedly stand against this are first ones to violate law.

154. *oni* Says:
September 21st, 2009 at 2:40 pm

to free ■■■

typical lefty. "There's also many politicians (all of them conservative) who were busted with child
porn or for molesting their own kids."

name one. You can't, coz it hasn't happened. Only in your made up make believe world of "I believe"
in not facts.

btw if I was a conservative as you label me, Would I say I hope she disowns her mom? Would I say I
hope she gets rich? Would I say, I hope she stays in touch with her dad?

I want to add another, I hope she feels bad about testifying against her dad

and, I wish lefty's would stop labeling people because they don't conform to their beliefs

155. *Free*■■■*!* Says:
Septem____2009 at 3:49 am

Typical american, i expected you to ask for proof and you fell right into my trap. I can name not one
but at least 50, but you asked for one so i assume it's enough, i don't want to embarrass you. Here
you go:

http://archives.chicagotribune.com/2009/jul/03/local/chi-mayor-sentenced-blotter-n-zojul03

And that's not the worst case. Next time do some research yourself before asking.

156. *shick* Says:
September 27th, 2009 at 11:52 pm

i love vickys videos id wish i can tell she loved cum and sucking cock... and being fucked up the
ass... man.. id wish i could fuck a toddler

157. *Butch Jarvis* Says:
September 28th, 2009 at 4:42 pm



1/13/10 9:25 PM

169. *Fishstick* Says:
November 30th, 2009 at 11:55 am

Wrong. ▮ is Vicky. ▮ is not. The rest is correct, but you are wrong thinking that ▮ is Vicky. S ▮ to half way ▮ your bubble. It is a common mistake that lots of people ma

170. *peterpan4ever* Says:
December 1st, 2009 at 6:14 am

I love all Vicky series, they're very tender, cuz U can see a lovely girl enjoying her first steps into sex. Discovering is always a beautiful thing, this case is an example. I love Vicky. Kisses 4 U Vicky

171. *Pedobear* Says:
December 1st, 2009 at 2:30 pm

Masha is the girl k_____ as "Disney World Girl". She was much younger than ▮, aka "Vicky". And I don't think ▮ ever had any vids taken, cause I would know of cour

172. *VickyFan* Says:
December 7th, 2009 at 11:37 am

▮ and ▮ isn't Vicky, their features doesn't resemble them at all. Vicky is very beautiful girl.

▮ i think is the girl with the glasses before, i haven't seen her video but the pic i think i did.

Whether they like enjoyed it or not, the fact that they don't know they're being abused is totally wrong.

173. *GJ* Says:
December 8th, 2009 at 12:26 am

You're right. I went off and did m_____ digging, intent on proving I was right, but I was wrong. What I wrote was accurate about ▮ but she's not the girl in the Vicky videos. I believed sources I shouldn't have.

Still, I think my basic points hold. A lot of kids will become whatever their parents wa____ to be, ___y if they have reason to feel insecure—and everything that anyone says about ▮ suggests the kind of power-tripping narcissist who would make a kid feel inse___d then ate her into being what he wanted.

If they'd had a good parent/child bond she wouldn't be so pleased to send him to prison for 50 years.

And if he cared about her at all, if his physical relationship with her had anything to do with love, he wouldn't have posted videos of her on the internet. That ain't love.

She may not have been suffering in the moment the videos were made, but she was being manipulated by her father to do things entirely for his own gratification without the slightest concern for her or what she'd experience for the rest of her life. And he knew very well the kind of shame this could bring her.

# AnonTalk BBS

**Plead:** Your <u>donations</u> are very much needed now. Do you want the board to die?

# Topic: It's like Facebook except full of CP

Anonymous A started this discussion topic **2009-04-07 08:42:51 UTC** (<u>#22.608</u>):

<u>http://vkontakte.ru/id29608295</u>

This user of a very Facebook-like site has a "videos" section full of nothing but CP.

Is this legal in Russia or does the country just have other things to worry about?

By the way, I suggest using a proxy if you visit the link.

Anonymous B joined in and replied with this **2009-04-07 10:54:15 UTC**, 2 hours later (<u>#127.220</u>):

nice

Anonymous C joined in and replied with this **2009-04-07 11:04:25 UTC**, 10 minutes later, 2 hours after the original post (<u>#127.222</u>):

I have no idea what you're talking about. I saw nothing bad on the site.

Anonymous D joined in and replied with this **2009-04-07 11:11:48 UTC**, 7 minutes later, 2 hours after the original post (<u>#127.223</u>):

Vicky AND Jenny?
Man someone likes the hard stuff.

Anonymous C replied with this **2009-04-07 11:16:36 UTC**, 5 minutes later, 3 hours after the original post (<u>#127.224</u>):

Oh, I misread the topic. Or rather, I clicked the link and was taken to a login for the site and thus assumed you meant that the whole site was full of CP.

I do believe that all pornography is illegal in Russia, child or not.

Anonymous E joined in and replied with this **2009-04-07 11:18:24 UTC**, 2 minutes later, 3 hours after the original post (<u>#127.225</u>):

The thing is that there are no dispute links or anything.

Anonymous F joined in and replied with this **2009-04-07 12:13:02 UTC**, 55 minutes later, 4 hours after the



http://www.



Topic: It's like Facebook except full of CP — AnonTalk BBS                                    6/5/09 9:50 AM

@previous

Yes, there are some who would make just this claim. There are many Christians who *do* make this claim and worse about atheists.

Back to the topic at hand though, as I said in my previous post I have a hard time arguing with someone whose been *the* ▮▮▮▮ f there is video evidence indicating otherwise. On the other hand, fortunately enough for Ms ▮▮▮▮ it is illegal for anyone to look up the evidence themselves and contradict her with it. Being that she g ▮▮▮▮ tution from everyone caught with a copy of her videos one would almost think there were a financial motive for the turn around, but who am I to say such a thing? I wasn't *there*, and no matter how many times you may have viewed the videos, neither were **you**.

I've already posted my thoughts on the whole deal with ▮▮▮▮ in an older thread, try looking it up and you'll see what my thoughts on it are. I'm no anti, be ▮▮▮▮ just someone whose been around for awhile...

Anonymous V joined in and replied with this **2009-04-08 02:20:30 UTC**, 6 minutes later, 18 hours after the original post (#127.722):

@127.673

Are you serious?

Having a good time?

You obviously have not seen all of the videos. Have you seen the one where she is fellating someone her dad met on the internet? She doesn't seem too happy then. She especially does not seem happy when he ejaculates on her.

Have you seen the terror in her eyes as she holds a teddy bear for dear life just before she is sodomized in another video? The rest of the video shows her forced to endure bondage that could be considered extreme for adults, let alone a 9 year old.

▮▮▮▮ was repeatedly raped, sodomized and tortured as a child. She did not enjoy that. Don't kid ▮ e

Anonymous W joined in and replied with this **2009-04-08 02:40:02 UTC**, 20 minutes later, 18 hours after the original post (#127.738):

This one: brandom brandom » Video » Я
The girl is so pretty. It makes me sad,she looks so nervous and uncomfortable. I just want to rescue her or something.

Anonymous T replied with this **2009-04-08 02:48:41 UTC**, 9 minutes later, 18 hours after the original post (#127.743):

@127.722



http://www.▮▮▮▮

> You obviously have not seen all of the videos.

 The only ones who have would be serious collectors and FBI agents, which one are you?

> Have you seen the one where she is fellating someone her dad met on the internet?

How do you know this?

> She doesn't seem too happy then. She especially does not seem happy when he ejaculates on her.

I've yet to meet an *adult woman* who genuinely enjoyed having hot sticky bodily fluids spat out all over them, or inside their mouths. My ex-girlfriend (who was about six years older than I am) always spat it out as soon as possible whenever she gave me a blow job.

> Have you seen the terror in her eyes as she holds a teddy bear for dear life just before she is sodomized in another video?

I cannot legally answer this question.

> The rest of the video shows her forced to endure bondage that could be considered extreme for adults, let alone a 9 year old.

How do you know this?

> ▧▧▧▧▧▧ was repeatedly raped, sodomized and tortured as a child. She did not enjoy that. Don't kid yo ▧ f.

All I am saying is there are scenes where she smiles and giggles and generally seems to be having fun. If ▧ were to *only* go by that then one would suspect she enjoyed herself at least a little. Fortunately we have ▧ herself to tell us differently. Are you sure you're attacking the right person? Go back and re-read my ▧ and I think you'll see on *this* we're on the same side.

Anonymous X joined in and replied with this **2009-04-08 05:46:46 UTC**, 3 hours later, 21 hours after the original post (#127.898):

WTF ?!?
Damn, it's 06:00am and my day is already ruined :- (
How the fuck can someone with a brain do this to his child ? I almost puked on my laptop ( Don't get me wrong, I've seen loads of sick stuff ) but I'm speechless about this.
They're kids, KIDS !! Shit this world is way to fucking sick . I hope these kids find a better place to live in and those fucking paedophiles burn and disappear . . .
:- ( . . . . . . *speechless*

Anonymous Y joined in and replied with this **2009-04-08 07:42:48 UTC**, 2 hours later, 23 hours after the original post (#127.988):

To download the vids:
Install the Firefox plugin called "cacheviewer".

 http://www.▧▧▧▧▧▧▧▧

Topic: It's like Facebook except full of CP — AnonTalk BBS                                    6/5/09 9:50 AM

Once you start viewing the video, it will be (partially) in your cache.
Go to Tools → Cacheviewer
Click the right-most column called "Last Fetched" until the top of the list is closest to the current time (it takes me 3 clicks).
Near the top should be a file under the "Key" column with the extension ".flv"
Right-click the file, and then "Save As..."

I play FLVs with VLC Media Player.

Anonymous Z-1 joined in and replied with this **2009-04-08 08:12:05 UTC**, 29 minutes later, 23 hours after the original post (#128.003):

"⬛⬛⬛⬛ was repeatedly raped, sodomized and tortured as a child. She did not enjoy that."
C   D

Anonymous U replied with this **2009-04-08 09:00:11 UTC**, 48 minutes later, 1 day after the original post (#128.031):

@previous

That did not happen—there was no torture, no coercion in the "Vicky" videos. I hate ⬛⬛ n ⬛⬛ake up shit like that. It is high time for civil disobedience. Watch the videos of "Vicky" (aka ⬛⬛⬛⬛ and see for yourselves. Why do you think that child porn is fetching heavier sentences tha⬛ u g sex with children? The oppressors fear the evidence that will unmask them for the tyrants they are controlling our innermost selves—our sexuality!

True there are other videos that are deplorable and utterly sad because you can see the child really suffering; however, these bad ones offer a referential contrast that shows that in the good ones the children cannot be suffering but are enjoying themselves.

Older ⬛⬛ can say whatever about her younger self "Vicky", but images are worth 1000 words, literally.

Anonymous R replied with this **2009-04-08 14:53:07 UTC**, 6 hours later, 1 day after the original post (#128.182):

it do not look like rape. you you whant rape see the tara vids

Anonymous Z-2 joined in and replied with this **2009-04-08 15:08:40 UTC**, 16 minutes later, 1 day after the original post (#128.190):

@127.898

> How the fuck can someone with a brain do this to his child ? I almost puked on my laptop ( Don't get me wrong, I've seen loads of sick stuff ) but I'm speechless about this.

So, let me see if I have this right. You woke up, you see a Child pornography post in Anon Talk. You think to yourself GODDAMN THAT'S DISGUSTING, but you go into the thread, click the link, spend time creating an account and filling in all the bullshit just to see the child porn? I think you protest to much sir.



Or I just got trolled.

 Anonymous Z-3 joined in and replied with this **2009-04-08 15:56:08 UTC**, 47 minutes later, 1 day after the original post (#128.214):

███████ ubtedly some seriously wrong CP videos going around, with physical intimidation and so on. "Vicky", may now feel betrayed by the fact she participated in an incestuous sexual ████o███ ich she subsequently found out is not the done thing according to most people. But it's really pointless for her to pretend she did not enjoy the sex then. Those orgasms weren't faked. By lying about this she merely encourages some people to question her whole story.

Anonymous Z-4 joined in and replied with this **2009-04-08 16:42:01 UTC**, 46 minutes later, 1 day after the original post (#128.254):

anyone found anything besides brandom's videos?

Anonymous Y replied with this **2009-04-08 17:53:33 UTC**, 1 hour later, 1 day after the original post (#128.313):

@128.214

Orgasms? I've seen several Vicky vids, but never an orgasm. In fact, I've never seen someone rub her genitals. Which video am I looking for?

Anonymous Z-3 replied with this **2009-04-08 18:07:12 UTC**, 14 minutes later, 1 day after the original post (#128.323):

One where she's being eaten out by dad with his face blurred and another where she is having anal sex whilst masturbating herself.

Anonymous Z-5 joined in and replied with this **2009-04-08 19:21:02 UTC**, 1 hour later, 1 day after the original post (#128.370):

These vids ain't half bad.

Anonymous Z-6 joined in and replied with this **2009-04-08 19:24:11 UTC**, 3 minutes later, 1 day after the original post (#128.373):

Is noone gonna suggest the proxy to use? Because every single one I've tried doesn't work. I'm not someone riding a moral high, I wanna see messed up videos. without my IP splattered everywhere.

Anonymous Z-7 joined in and replied with this **2009-04-09 00:20:20 UTC**, 5 hours later, 2 days after the original post (#128.591):

These don't appear to work as videos for me. They just appear as pictures.

I clearly fail, but what am I doing wrong?

Anonymous W replied with this **2009-04-09 00:35:56 UTC**, 16 minutes later, 2 days after the original post

http://www.█████████████

Anonymous Z-58 replied with this **5 months ago**, 7 minutes later, 1.7 year after the original post

@previous

> " Come back when you can provide the URLs to [redacted] (Vicky) social networking accounts...
>
> P.S. [redacted] is getting married on the 25th of this month!

do it yourself, paedo dipshit

Anonymous Z-60 joined in and replied with this **5 months ago**, 22 hours later, 1.7 year after the original post

she uses [redacted] now. Her husband to be is a . She's always loved the [redacted] types i guess.

Anonymous Z-60 double-posted this **5 months ago**, 28 minutes later, 1.7 year after the original post

https://www.facebook.com/

Anonymous Z-61 joined in and replied with this **5 months ago**, 9 hours later, 1.7 year after the original post

@21.729

> she uses [redacted] now. Her husband to be is a . She's always loved the [redacted] t types i guess.

yeah,they have access to the best CP

Anonymous Z-59 replied with this 5 months ago, 1 day later, 1.7 year after the original post

@21.729

> she uses ▮▮▮ Her husband to be is a prison guard. She's always loved the law enforcement types i guess.

No, yes and LOL!...

@21.731

> https://www.facebook.com/▮▮▮

Nope not her! That ▮ is from Australia...

Anonymous Z-62 joined in and replied with this 5 months ago, 4 hours later, 1.7 year after the original post

Fuck they do look similar. There is a ▮▮▮ who works in real estate in australia and looks like a dead ringer and is probably this chick. A marrying a guy named ▮▮▮ and looking like Vicky ▮ ?

Blown away.

Anonymous Z-62 double-posted this 5 months ago, 13 minutes later, 1.7 year after the original post

This was from a couple of years ago. She was 21 or something. Got over that fat and ugly stage I guess.



Anonymous Z-63 joined in and replied with this 5 months ago, 2 days later, 1.8 year after the original post

Yep, that is THE ▮▮▮▮▮▮

Anonymous Z-64 joined in and replied with this 5 months ago, 3 days later, 1.8 year after the original post

She appears to be a normal girl. She was prob happy with her father. Prob misses him :)

@previous

> :)

Faggot cockmuncher.

Anonymous **Z-66** joined in and replied with this **5 months ago**, 4 days later, 1.8 year after the original post

@21,706

> P.S. ▮▮▮ is getting married on the 25th of this month!

Legit! Someone posted pics on /b/ a few hours ago...

Anonymous **Z-67** joined in and replied with this **5 months ago**, 3 days later, 1.8 year after the original post

@previous

> > P.S. ▮▮▮ is getting married on the 25th of this month!

>

> > Legit! Someone posted pics on /b/ a few hours ago...

ok, well let's get some more recent pics/info on ▮▮▮

Anonymous **Z-68** joined in and replied with this **5 months ago**, 21 hours later, 1.8 year after the original post

Quite sad that even after being victimized as children, you basement dwelling faggots are still whacking your bags to pixels on your screen of th

Anonymous Z-101 joined in and replied with this 2 months ago, 4 days later, 2 years after the original post

[REDACTED] / [REDACTED]

Is there any news about [REDACTED] / Vicky ?

Anonymous Z-102 joined in and replied with this 2 months ago, 20 hours later, 2 years after the original post

Some recent photos of [REDACTED]

http://imgur.com/r/models,

http://imgur.com/r/hotties

Anything else?

Anonymous Z-104 joined in and replied with this 2 months ago, 16 hours later, 2 years after the original post

@Anonymous Z-103: What has been your original message?

Anonymous Z-103 replied with this 2 months ago, 6 hours later, 2 years after the original post

@previous

> @Anonymous Z-103: What has been your original message? I was about to ask how da hell did this guys still can find this shit, then someone

Anonymous Z-105 joined in and replied with this 2 months ago, 3 hours later, 2 years after the original post

@previous

> > @Anonymous Z-103: What has been your original message? I was about to ask how da hell did this guys still can find this shit, then someo

Actually you can find half her life exposed on the www. I'm talking about address, zodiac, telephone no, email-address, martial status and lot's r
work-mates. If you would try to get infos with "manual" google it would take you ~ 2 or 3 working days.

Anonymous Z-103 replied with this 2 months ago, 1 hour later, 2 years after the original post

@previous

> > > @Anonymous Z-103: What has been your original message? I was about to ask how da hell did this guys still can find this shit, then som
>
> Actually you can find half her life exposed on the www. I'm talking about address, zodiac, telephone no. email-address. martial status and lot's
work-mates. If you would try to get infos with "manual" google it would take you ~ 2 or 3 working days.
Man and i thought i know how to dig in the internet. I used just google and find nothing. Thanks for the tips.

@previous

> > > > @Anonymous Z-103: What has been your original message? I was about to ask how da hell did this guys still can find this shit. then som

> ^

> > Actually you can find half her life exposed on the www. I'm talking about address. zodiac. telephone no. email-address. martial status and lot work-mates. If you would try to get infos with "manual" google it would take you ~ 2 or 3 working days.

> Man and i thought i know how to dig in the internet. I used just google and find nothing. Thanks for the tips.

You can get ▮▮▮▮ merchandise here, too:

http:// ▮▮▮▮ mycapture.com

nonymous Z-124 joined in and replied with this 1 week ago, 6 hours later, 2.2 years after the original post

021,706

· ^ Come back when you can provide the URLs to ██████████ (Vicky) social networking accounts...

· P.S. ████ is getting married on the 25th of this month!

**ıttps://www.facebook.com/**████████**31**

Friended her by making a fake profile with the details of one of her mother's friends. Lasted about two wweks until I asked her if she could send s ıyes off herself on the TV while she's sucking his cock. I'd like to have seen her lez on with Tara. Ken could fuck Reanna's ass so she can get a ɲ ılways given.

Ne pick these chicks because their emotional damage makes them easy to talk into doing shit if you put your daddy voice on. Plus most of them ɾears old and she swallows the whole thing to the balls twice and makes that little choke noise at the bottom. My fat assed wife still can't do it. Ar

Justice for "Vicky" I my pinkISH blog                    http://www.▮▮▮▮▮▮▮▮vicky/



- Cauta si vei gasi...
- 

- Home
- My Movies
- Obiective
- pinkISH blog
- Prieteni
- Travel
- Wish List

## User Panel

Login

## Nu rata!

Momentan nimic interesant.



## Comentarii

- pinkISH la RiRi
- Ana la RiRi
- Andros la Justice for "Vicky"
- pinkISH la Vegetarian what?
- Aristide la Vegetarian what?
- pinkISH la Fellaini joaca cu maneca lunga in Brazilia
- Ana la Fellaini joaca cu maneca lunga in Brazilia

## Categorii

RSS

- RSS Feed articole
- RSS Feed cumentarii

26 Oct 2011
27 comentarii

# Justice for  "Vicky"

My name is ████████. When I was ten years old my father, ████████, started what would become a pattern of sexual abuse towards me on a trip to ████████ to visit my grandmother for Mother's Day. The pattern of sexual abuse went on for a little over a year. It ended when I was eleven years old and I stood up to my father and told him "no more." My father photographed and videotaped the abuse. Sometimes I was aware of this, but most of the time I wasn't. Over the years these images have been spread over the internet to become one of the most downloaded series of child pornography in the world. This fact absolutely breaks my heart and I'll probably spend the rest of my life fighting the terrible problem of child pornography.

The things my father had done to me were kept a secret until I was sixteen years old; when I finally worked up the courage to tell my mother. My father had told me so many times that if I ever told, he would go to jail and people would think I was a terrible person. I am so glad I told. My mom and stepdad went to the authorities immediately and my father was informed of the things he'd been accused of. A few months later we discovered remnants of some deleted videos with sexual titles on my computer that my father had built using his old hard drive. We took the computer to the police and they uncovered thousands of child porn images including ones depicting my father abusing me. Now,we had some solid evidence against him. Upon learning this, my father fled and for about a year we had no idea where he was.

During that year, my parents and I appeared on the show ████████ in an effort to track down my father. When the show aired, members of ICE who had been trying to identify a girl in a child porn series recognized me as the girl. It was then that I learned my father had shared this porn series he created and I was completely crushed when I learned how much it had been circulated.

In the spring of 2007, my father was captured in Hong Kong and soon after extradited back to the US. (Read more about his capture at ████ com). That May, my parents and I were invited to Washington D.C. to do another segment for ████████ to celebrate his capture. We were invited to the ████ and a ████████ and were recognized at each. We also had the opportunity to meet all the wonderful people who had worked so hard on our case from agencies like NCMEC, ICE, and the U.S. Marshal Service.

On████, 2008, my father agreed to a plea agreement and pleaded guilty to two counts of producing child pornography and one count of interstate transportation of a minor for the purpose of engaging in unlawful sexual activity in the federal court. In state court he also pleaded guilty to three counts of rape of child in the first degree. In doing this he agreed that he should be sentenced to 50 years in a federal prison which would be followed by a three year term of court supervision. The federal sentencing is scheduled for ████ .

So many times people are afraid to speak of sexual abuse and families are unwilling to face the reality of what has happened. When this occurs, the victims never receive their justice and healing. I built this website to help other people who have been victims of sexual abuse so they can learn to be survivors. My parents have been such a great support to me through all of this. Many people do not have good support systems in their life and I hope this website will be able to help them gain that.

Justice for "Vicky" I my pinkISH blog                                    http://www.███████████vicky/



Share on Facebook          Tweet on Twitter

**SHARES**

Categoria: Sex

### 27 comentarii

« Older Comments

26 Jul 2013 la 20:07
TruthSeeker

Years ago I saw the "Vicky" videos while doing long term research on child porn from the "inside". There is no doubt in my mind that my perspective was the same as that of child lover. That is, from a viewer point of view.

Regardless of what ███████████ has stated about her alleged abuse, I do not think she was abused. It's clear that she was not. Not only from the perspective of the videos her dad made. But also from her interviews. The word "abuse" has been tossed around loosely in her life by those who resent the porn videos. Rather than to see an honest perspective from her father, he was quickly condemned for breaking the law and reduced to nothing. ███ was quickly brainwashed by her mother and step father, as well as many others. I do not advocate child porn. But there is a whole other world of parent/child relationships that is very misunderstood. It is something that has been here since the Beginning. And it will not go away because it is obviously a reality that will fight to see the light of day. There are many many families who strongly believe in incest. My family is not one of them. But I prefer to understand something than to simply condemn it because of my lack of understanding. That is ignorant.

Just like people condemned the telephone when it was first invented. Ignorant. People have shown for the longest time that they easily fall into a smug path where anything different becomes a crime. In this case. The videos with "Vicky" hardly show abuse. They look more like sexual training videos done with a lot of care. ███ actually seemed very fine and there were loving exchanges between her and her father. This is easily understood when you compare it to videos like the horrifying "Tara" videos where some fat, sadistic fool really does abuse a young girl. Nothing like that occurred in the "Vicky" videos.

Like it or not. There are things in this world that are demanding attention. Homosexuality is a prime example for modern times. I do not condone someone training someone else's child secretly for sex. But where incest is concerned, I think it is a reality that comes with and without abuse, the same as anything else in this world. But just because there are instances of abuse, that doesn't make incest a bad thing. The TV show that ███████████ was on is just another typical program looking for ratings at the expense of someone else's life. Someone gets built up. Someone gets torn down. That's Hollywood for you.

30 Jul 2013 la 07:23
todd

6/26/14 3:20 PM

Justice for "Vicky" I my pinkISH blog                                      http://www.█████████-vicky/

I absolutely LOVE her videos. But she grew up into a very fat and ugly looking girl. Seriously. She was sooo much hotter when she was little. Now she runs around to federal courts demanding money from people who look at (and enjoy!) her videos (like they owe her something). Ten plus years later she is still playing the victim and faggot Assistant U.S. Attorneys scour the interwebs to read posts like this in order to justify their outrageous claims that she is still being 'victimized.' How can I victimize someone I never knew, from thousands of miles and many years apart??

8 Aug 2013 la 04:11
pinkISH

I couldn't disagree more, but I won't delete your comments because I believe in the freedom of speech.

To answer your question, Todd: by condoning these sort of criminal activities you are an accomplice, an accessory. You are creating the market (viewership) for future acts like these. And what you're saying is outrageous: if the guy is fit, it makes it okay?

22 Aug 2013 la 01:00
Nick

@todd I hope you have a heart, somewhere deep down there, because what you say is just sickening me. Back then this was a 10 year old girl, you sick ass. This girl supposed to be playing outside with her friends. That monster of a "father" ruined her life. I hope she gets stronger and stronger and keeps fighting sick bastards like you and her father.

@Pinkish, be real man, delete this bastard' comment and give his ip adress to the police.
this is not a healthy comment from a person.

todd, I truly hope you burn in hell, forever and ever.

26 Aug 2013 la 08:27
ramazeska

There is an interview where she frankly says that loves the father and regrets about the happened. In the same place she says, that does not consider, that it was violence. Nevertheless, certainly, in vain it has placed all it in the Internet and in general removed on the chamber. Happened should remain between them, they should understand it, in a family, times no violence. All this sensation and 50 years of prison basically the political decision, instead of adequate happens. A sonp bubble, no more. In this case no any violence, she about it speaks in interview. It have simply compelled to accept the public point of view under the pressure of mother, court, the law, public opinion. That it as girls - it as was the beautiful child, and now very beautiful and attractive woman. An another matter that she lives in the state, where the person for the law, instead of the law for the person, and people are compelled to accept not the point of view, and public, imposed. 50 years of imprisonment for the person in this case - are too much, as no violence. I hope, that somehow they will manage to pull out it from prison if it is possible. I hope, that at this lovely lady all will be good and how she will want the heart. Sorry, my english bad.

28 Aug 2013 la 02:06
What?

"Years ago I saw the "Vicky" videos while doing long term research on child porn from the "inside". There is no doubt in my mind that my perspective was the same as that of child lover. That is, from a viewer point of view."

Nope sorry you're a pedophile.

30 Aug 2013 la 15:51
ramazeska

Fresh foto with ████ today. Beautiful woman ^^
http://i.imgur.com4██████████

6/26/14 3:20 PM

Justice for "Vicky" | my pinkISH blog                    http://www.██████████vicky/

http://i.imgur.com██████

31 Aug 2013 la 23:35
pinkISH

She looks happy, I'm glad she got her life back.



Thanks for the pics and the good news, ramazeska.

1 Sep 2013 la 03:36
Chris Symonds

Truthseeker and Todd you are the same guys that troll other websites with your pro childporn views, rather than debate you I would simply say I hope you are both brought to justice

4 Sep 2013 la 07:57
blahguy

She still looks very similar in the face. But her body has gone to waste.

4 Sep 2013 la 12:07
ramazeska

What is known about her father now? Whether there is a chance to present to it freedom? Whether wants i████? Her father, most likely, has realised the errors and is not dangerous to a society (and not it is dangerous as a matter of fact). This my opinion.

4 Sep 2013 la 12:35
pinkISH

██████████ is in a federal prison, where he belongs. He was sentenced to 50 years back in 2009, at the age of 46. So I guess he'll probably never get out.

6 of 10                                                        6/26/14 3:20 PM

**4 Sep 2013 la 13:33**
ramazeska

It is awful. It is a pity, that we cannot affect it in any way. It would be desirable to believe, that ████ or someone from its environment can make it though we do not know, whether motivation they on it. Under the law, whether the "suffered" party can to "forgive" another or not? The repayment? Other variants?

**10 Sep 2013 la 20:37**
████████████████

I am trying to get in touch with████████████. I believe she is my second cousin. The sick man that is her father I believe in my first cousin on my father's side. It is a side of the family I did not know because of his actions, and perhaps by the protection of the universe. I statrted out wanting to know more about my father's side of the family since his death in 2010........but after reading what happened I am very nervous about it ████ .......words cannot express how awful I feel for what happened to you. It should never have been. If you are interested in knowing another cousin, I would be happy to get to know you. I can supply whatever information you would require to prove I am who I say I am. If you don't want to be in touch, I can't say that I wouldn't understand and I wish you well and a better life with your mom and step dad. They sound like great parents.

Mary E

**17 Oct 2013 la 00:59**
Guy

I love her videos. She was sucha nice girl. She gave me a lot of pleasure. I wish her wel as I do her dad.

Guy

**17 Oct 2013 la 23:30**
pinkISH

Hey, Guy, I deleted your picture. I was close to deleting your message, too. Please refrain from posting such pictures.

**3 Nov 2013 la 21:22**
Mike

What is wrong with you sick F_ck's!!! No 10 year old girl needs "loving sex training".. I have a 14 have a 14 year old daughter and would NEVER IN A MILLION YEARS, EVER think of doing shit to her. I am floored by the comments

**4 Nov 2013 la 12:06**
pinkISH

Mike, thanks for posting. These comments have not been deleted as they are a mirror to the world we live in.

**10 Nov 2013 la 20:12**
simone

I have to say I love her videos very much. And still am.

Greetings Simone

**12 Nov 2013 la 10:43**
tudor

yes, you still are, simone, i have to say...

**13 Nov 2013 la 18:30**
**simone**

Why cant I post a picture of Vicky's face when she was 10? Just her face?

Greetings Simone

**13 Nov 2013 la 21:07**
**pinkISH**

You can post it wherever you want, just not here. Thank you.

**14 Jan 2014 la 09:24**
**Yourtimewillcometruthseeker**

Truthseeker, you are a pathetic liar and a sorry excuse for a human being.

Your "inside" research was nothing more than indulging in the sick and unnatural practice that is child pornography. Your attempts to normalise incest would be laughable if the subject matter wasn't so sickening. ANY time a minor is coerced into sexual acts (with or without violence), it is abuse - ESPECIALLY from a parent, relative or someone they trust. It's an abhorrent abuse of trust. Her father shattered her innocence and exploited her naivety and trust with his position of power.

I hope that you, along with the likes of Guy and Todd run afoul of a great hulking man with a predilection for perverted, sorry excuses for humanity. It is the least you deserve.

And to those who prefer the body of a 10yr old to the beautiful woman that ████ is today, you can lump yourselves in the same category as Guy, Todd and Truthseeker - pond slime.

**19 Jan 2014 la 11:14**
**Johnnyrocks**

I will first admit that I am attracted to young girls. I also in the past have viewed CP and enjoyed it. For me, there is no choice for the attraction. But there is always a choice for action. I have not nor would ever harm a child and I have not sought after CP for many years. I remember the "vicky" videos and happened across the ███████████████/sentencing etc. Saw the pic of ████ as an adult and it clicked. I always knew every time I "used" CP that it was wrong, and afterwards I was disgusted with myself. I always wondered where these children were, what their lives were like, if they were kidnapped, or murdered, etc. I'm glad to see she got her justice and is doing fine now. Advice for anyone that has the same "problem" as me. Don't waste money on therapy or shrinks. Nothing will ever help you. The attraction will never go away. All you can do is control your actions.

**15 Apr 2014 la 17:11**
**Fan of Vicky-series**

I would like to thank ████████████ and her father ████████████ for making such an enjoyable series of videos. Thanks to ████s enthusiastic response in a great part of the series the material is very helpful in convincing other young girls that sex can be a lot of fun. The pedosexual and child pornography producing community owes you both a lot. Thanks!

**16 Apr 2014 la 03:00**
**pinkISH**

You're fucked up, man. The reason I don't delete any of these comments is because they are a true mirror of the world we live in. It should alert people to how much this sickness has corrupted humanity.

Justice for "Vicky" | my pinkISH blog                    http://www██████████vicky/



©2007-2012 **my pinkISH blog** created by <u>pinkISH</u>

24 Jun 2014 la 01:45
Andros

I take the chance to write this as I read all replies, and understanding that pinkISH wants to save all this as mirrors of the world we live in.

I too watched some vicky videos in sinful action. I am deeply ashamed I ever got to this point but still want to exchange thoughts on the issue. I have never been attracted to children sexually, neither have I ever had sex with one. I will probably never try anything with a child, unless I was drunk as hell while the child seduced me. The probabililty is close to zero this will ever happen to me.

I feel kind of a victim to pornography in general as many others in this time. I began early and as time passes by you get used to it and want new things, all the time more and more extreme to awaken the numb lust. By the time you get to child pornography you wont get anywhere worse, except for different things within the genre. Degrees of hell. I am pretty sure there are lots of people in the same situation as me.

Now in this time virtually everyone in the world has more or less access to internet, and thus also access to pornography. I have been worried for a long time that children also have free access to the most perverted pornography. A new trend is getting more common within CP, young children posing on webcams doing things they could only have learnt through pornography imo. Shoving big things up their asses and then sucking on it as one example. I am disgusted of how things are turning, while all the time also having to see further sexualization of children in the mainstream culture, such as fashion, art, movies and books. Damn, too often I hate this world from all of my heart, but then I stay somewhat sane by never giving up the hope we will be able to make this a much better place for everyone to live in.

Prohibit all pornography on internet (and TV) and let it be a thing of the past, dark basements where most people wouldnt dare to venture. Do our utmost of not letting general sexualization of children be published or broadcast in the mainstream. Two important things to do in order to counteract these bad things happening. Stay strong!

15 Jul 2014 la 03:42
Big C

I as many here fell victim of "CP" at a young age. I was and always have been anxious around girls and as a result of my frustration i indulged deep into porn. AND I MEAN DEEP!! lol

But too all the people who say anyone who looks at child porn sahould suffer or die or what not, you are all ignorant media trained scum. I hate judgemental people like as if they dont have thier own flaws. Getting drawn into the CP scene is often a result of the poor job our government does in protecting our children from graphic material. I know that was my case. WHen i first started i was practically the same age as the children so i didnt see too much wrong with it, until i got older and realized i became conditioned to this bullshit and like others it sickens me that i have this secret because i am known as a really good guy and very intelligent and law abiding. I am a business professional and have worked for the federal government at one point ironically. People would be shocked, family as well but there u have it

SO u see we are not all "Demons" who view this material for gratification. It is usually an urge we fight and often lose control of yet we know that in the real world we would never ever consider harming a child in any way. because as others have said any type of sexualization of a child will absolutely destroy a child psychologically for life otfen and i wish no child to go thru that. So thats my take on this crap. As for █████ her material was among my fav during my hayday yet i feel for her now that i see her in the real world

So you see it

15 Jul 2014 la 03:48
Big C

Yourtimewillcometruthseeker

This is to you pal, grow some balls and contact me we can meet and il throw u a beating and then you can go back to ur ignorant

cruel rants behind a computer u pussy!!!

### Linkuri

« Older Comments



- **Trimite**
- .

- Home
- My Movies
- Objective
- pinkISH blog
- Prieteni
- Travel
- Wish List
- Inapoi sus



©2007-2012 my pinkISH blog created by pinkISH

Archives: [ adv / f / hr / o / pol / s4s / sp / tg / trv / tv / x ]  Boards: [ plebs ]

**/pol/ - Politically Incorrect** ▾      4chan ⬌   Index ▾   NSFW   Ghost   Gallery   Stats

[ Search or insert post number ]



7KiB, 200x267, ViewImage.jpg

[ View Same ]  [ Google ]  [ iqdb ]  [ SauceNAO ]  [ Trace ]
⬇

**Anonymous** Thu 22 May 2014 18:53:46 No.30284026  [78 / 17]

[ View ]  [ Reply ]  [ Original ]  [ Report ]

Quoted By: >>30287507 >>30287722 >>30287743 >>30287917 >>30289909 >>30291498

THEN

████████, known within the community of paedophiles as 'Vicki'. The movies and images of her abuse are probably the most widely circulated collections among CAM (child pornography) consumers.

NOW

'██ joins ██████████ with a wealth of experience in both administration and customer service. In addition to a Diploma of Business, ██████ brings with her the skills gained from years working in the Finance, Hospitality/Services and Real Estate industries. With a high degree of professionalism, integrity, commitment, attention to detail and a friendly and courteous nature, ████ is a valued member of the ████████ team and an asset to the Residential Sales department."

It seems that modeling at a young age and having sex with an older man didn't affect her adult life, and ████ is now a successful woman, more successful than most of /pol/.
What do you have to say against this?

**Anonymous** Thu 22 May 2014 19:43:34 No.30286117  [ Report ]

Quoted By: >>30286162 >>30286511 >>30292968,4

Except that she apparently had to go to fucking Australia to rebuild her damn life and spent years in therapy (that we know of from interviews). ████████ became successful *in spite* of the damage done to her, as many men and women throughout history have done. Who's to say she wouldn't have done better if she hadn't been raped as a child?

**Anonymous** Thu 22 May 2014 19:45:01 No.30286162  [ Report ]

Quoted By: >>30287507

>>30286117
To be fair, she was asking for it.

**Anonymous** Thu 22 May 2014 19:54:42 No.30286511  [ Report ]

Quoted By: >>30286593 >>30287507 >>30287730

>>30286117
have you ever watch the videos? she enjoyed the hell out of it.
>brb... tor

**Anonymous** Thu 22 May 2014 19:57:06 No.30286593   Report

>>30286511

¿¿¿¿¿¿

**Anonymous** Thu 22 May 2014 20:28:23 No.30287507   Report
Quoted By: >>30287568 >>30287935

>>30284026

You're an idiot.

>>30286162

You're also an idiot.

>>30286511

You're a bigger idiot for admitting to such a thing on 4chan.

View Same   Google   iqdb   SauceNAO   Trace   ⬇ tips fedora.jpg, 49KiB, 640x802



**Anonymous** Thu 22 May 2014 20:30:06 No.30287568   Report

>>30287507

**Mole** Thu 22 May 2014 20:35:18 No.30287722   Report
Quoted By: >>30287806

>>30284026

Id hit it, she looks cute.

**Anonymous** Thu 22 May 2014 20:35:28 No.30287730   Report
Quoted By: >>30287951 >>30290042

>>30286511

I've heard the main danger in watching cp of the jailbait variety (as opposed to pre-pubescent child rape) is that its very obvious quite a few of them are dying for the D and happy to please if you're willing to teach them a thing or two.

Have you ever visited St. Petersburg?

View Same   Google   iqdb   SauceNAO   Trace   ⬇ david-mcgough-actor-carroll-ocon (...).jpg, 38KiB, 338x450



**Anonymous** Thu 22 May 2014 20:35:48 No.30287743   Report

>>30284026

I have to say you are human garbage.

**Anonymous** Thu 22 May 2014 20:37:18 No.30287806   Report
Quoted By: >>30287891 >>30287933 >>30287951

>>30287722
Do you really want to have sex with a girl who was guzzling jizz and getting railed in the ass at 12?

---

**Mole** Thu 22 May 2014 20:39:25 No.30287891   Report
Quoted By: >>30288006

>>30287806
Probably not, but she does look pretty nice in that pic.

Not like she had any choice about being used by degenerates.
Doesnt make her a degenerate, just potentialy damaged.

---

**Anonymous** Thu 22 May 2014 20:40:09 No.30287917   Report

>>30284026
>What do you have to say against this?
Nothing much, woman = free stuff, judging a woman is same as judging a nigger

---

**Anonymous** Thu 22 May 2014 20:40:37 No.30287933   Report

>>30287806
>Do you really want to have sex with a girl

---

**Anonymous** Thu 22 May 2014 20:40:39 No.30287935   Report
Quoted By: >>30289351

>>30287507
No, she was LITERALLY asking for it.

Salty milk lel! You'll never listen to Walking on the Sun the same way again.

---

**Anonymous** Thu 22 May 2014 20:41:16 No.30287951   Report
Quoted By: >>30288092

>>30287806
*10
>>30287730
Nope but I've been in Colombia, with 50 bucks you can bang a 14 years old prostitute, and it's 1st class prostitute, not those ugly asian nigger in Laos or philipines

---

**Anonymous** Thu 22 May 2014 20:42:46 No.30288006   Report
Quoted By: >>30288234

>>30287891
>used

kek

---

**Anonymous** Thu 22 May 2014 20:45:08 No.30288092   Report
Quoted By: >>30288261

>>30287951

I've seen a few pics of the girls in Argentina and yeah.. wow. Hot, tight, and quite a few of them way too young for a geezer like myself.

Would love to go, but I'm a gringo.

---

**Anonymous** Thu 22 May 2014 20:49:00 No.30288234    Report
Quoted By: >>30292968,6

>>30288006
This.
If you've seen the Vicky vids, you know damn right well how much of a victim that precocious little slut actually is. In fact, most CP is like that.

---

**Anonymous** Thu 22 May 2014 20:50:02 No.30288261    Report
Quoted By: >>30288310 >>30288352 >>30290042 >>30292968

>>30288092
>Argentina
>AoC 13 years!!!
I know where to go soon. Feels great being single again. BTW girls love foreigners.

---

View Same | Google | iqdb | SauceNAO | Trace | 1394670592924.jpg, 77KiB, 383x750



**Anonymous** Thu 22 May 2014 20:51:22 No.30288310    Report
Quoted By: >>30290042

>>30288261
CP possession is legal there too.

---

**Anonymous** Thu 22 May 2014 20:52:19 No.30288352    Report

>>30288261
Most of those girls are forced into it. Kidnappings, stolen passports etc..

---

View Same | Google | iqdb | SauceNAO | Trace | Dont know.jpg, 28KiB, 640x480



**Anonymous** Thu 22 May 2014 20:58:14 No.30288556    Report
Quoted By: >>30288604 >>30288619

so how one gets access to this videos?
also is my neighbor that is asking

View Same   Google   iqdb   SauceNAO   Trace   🡇 1383866023478.jpg, 74KiB, 602x601



**Anonymous** Thu 22 May 2014 20:58:40 No.30288573   Report

>Freeman

---

**Anonymous** Thu 22 May 2014 20:59:40 No.30288604   Report

Quoted By: >>30288718

>>30288556
1.get tor browser
2.go to hidden wiki
3.????
4.profit

---

**Anonymous** Thu 22 May 2014 21:00:15 No.30288619   Report

>>30288556
Work for the FBI and you'll have access to a vast collection of CP that they store of hard drives and sell to diplomats and other elites.

---

**Anonymous** Thu 22 May 2014 21:02:52 No.30288718   Report

Quoted By: >>30288777

>>30288604
Hidden wiki doesn't have the links anymore.
Hitmen/killing for hire, drugs, illegal guns, credit card numbers, and bank accounts are alright, but pictures and videos of people under an arbitrary number of earth orbits around the sun doing perverted things are too much.

---

**Anonymous** Thu 22 May 2014 21:04:08 No.30288770   Report

Wasnt the guy fucking here her dad? And wasnt he a cop or some shit?

---

**Anonymous** Thu 22 May 2014 21:04:14 No.30288777   Report

Quoted By: >>30292968,3

>>30288718
wikis keep change logs.

---

**Anonymous** Thu 22 May 2014 21:04:49 No.30288805   Report

Quoted By: >>30289002

ITT: disgusting people.

I thought /pol/ was against degeneracy.

---

**Anonymous** Thu 22 May 2014 21:10:54 No.30289002   Report

>>30288805
ive heard rumors back in the day people used limewire or a similar sharing program where those videos would be hidden in certain titles, like "hot college girl" or " cute college fucking"... never saw them though luckily

---

**Anonymous** Thu 22 May 2014 21:14:32 No.30289114   Report
Quoted By: >>30289814

I'm trying to understand the point of the thread.
Is she a feminist we should care about or something like that?
Does having a child porn past make someone relevant in today's culture?
So victim(30 year ago)
Much attention(divert attention from important shit?)
Much politics(the new face of feminism, when everything else failed too terribly to be used anymore)

---

**Anonymous** Thu 22 May 2014 21:19:46 No.30289285   Report
Quoted By: >>30289396 >>30292968,4

Do you think she shows her new boyfriends the video?

---

**Anonymous** Thu 22 May 2014 21:21:42 No.30289351   Report
Quoted By: >>30289420 >>30292968,4

>>30287935
>No, she was LITERALLY asking for it.

Pedofreaks are this autistic.

---

**Anonymous** Thu 22 May 2014 21:21:49 No.30289356   Report
Quoted By: >>30292968,4

salty

milk

---

**Anonymous** Thu 22 May 2014 21:23:19 No.30289396   Report
Quoted By: >>30289635 >>30292968,4

>>30289285
I guess it is one of her favorite ice-breakers.

"e-excuse me, are you Vicky from the salty milk videos?"
Please respond

---

**Anonymous** Thu 22 May 2014 21:24:02 No.30289420   Report
Quoted By: >>30290187

>>30289351
Ever seen her vids?

---

View Same   Google   iqdb   SauceNAO   Trace   📥 1395923958038.gif, 860KiB, 389x259

**Anonymous** Thu 22 May 2014 21:30:04 No.30289635   Report

>>30289396
>"e-excuse me, are you Vicky from the salty milk videos?"

>Please respond



---

**Anonymous** Thu 22 May 2014 21:36:26 No.30289814    Report

>>30289114
>doge
>2014

most fucked up post in this thread

---

View Same   Google   iqdb   SauceNAO   Trace   ⬇ Jew hiding.jpg, 71KiB, 501x576



**Anonymous** Thu 22 May 2014 21:38:03 No.30289856   Report
Quoted By: >>30289914

Excuse me friends, do you happen to know where I can find a sample of this video you speak of?

---

**Anonymous** Thu 22 May 2014 21:40:03 No.30289909    Report

>>30284026
Sample size of 1.

---

**Anonymous** Thu 22 May 2014 21:40:09 No.30289914    Report
Quoted By: >>30290099

>>30289856

your local police department probably has it on one of there confiscated computers. you should phone them up and ask if you can borrow it.

---

**Anonymous** Thu 22 May 2014 21:45:20 No.30290042    Report

>>30287730
>its very obvious quite a few of them are dying for the D
Yep

>>30288261
>>30288310
Hang on, Argentina has a large Jewish population. Might be something tricky going on there.

---

View Same   Google   iqdb   SauceNAO   Trace   ⬇ 1399910443168.png, 34KiB, 550x414

IN 50 STATES YOU
CAN BE FIRED
FOR BEING
Pedosexual.
WE NEED TO
FIX THAT.

**Anonymous** Thu 22 May 2014 21:47:44 No.30290099    Report

>>30289914

Better yet, just be a cop yourself and investigate sex crimes.

>hey Jim

>yeah Steve

>I'm going to go "investigate" some child sex abuse

>okay man, lock up when you're done

https://www.youtube.com/watch?v=jRGrNDV2mKc

View Same | Google | iqdb | SauceNAO | Trace | ⬇ reaction2421414.jpg, 64KiB, 256x256



**Anonymous** Thu 22 May 2014 21:51:15 No.30290187 | Report

Quoted By: >>30290252 >>30290259 >>30290281 >>30290390 >>30292968,4

>>30289420

>implying that children are capable of understanding sex at such a young age

---

**Anonymous** Thu 22 May 2014 21:53:27 No.30290252 | Report

>>30290187

so no you havent

---

**Anonymous** Thu 22 May 2014 21:53:45 No.30290259 | Report

>>30290187

What's not to understand?

---

**Anonymous** Thu 22 May 2014 21:54:24 No.30290281 | Report

Quoted By: >>30290393

>>30290187

Not that guy but I once I watched a video

>dude is fingering a 3-4 y/o in front of webcam

>she doesn't protest

>guy gets tired and retires the hand

>she grabs his hand and puts it in her cunny again

That day my dick was diamonds

No joking

---

View Same | Google | iqdb | SauceNAO | Trace | ⬇ i got the green.png, 1MiB, 1000x750

**Anonymous** Thu 22 May 2014 21:58:01 No.30290390 | Report

>>30290187

She sure as shit seemed to.

What's there to "understand"? That's like saying children don't understand sleeping, eating, pissing, working, thinking, or any other typical activity performed by living

mammals.

It makes the following erroneous assumptions-
1. That understanding is needed
2. That one cannot understand due to age

I can say this. I wouldn't mind it at all if perverted guys were beating off to pics/videos of me as a kid, but I'd DAMN sure feel bad if guys were being put in prison over it.

---

View Same | Google | iqdb | SauceNAO | Trace   📥   penischillis.jpg, 40KiB, 520x739



**Mole** Thu 22 May 2014 21:58:15 No.30290393   Report

>>30290281
Profligate!
You belong on a cross etc.etc...

so if Im getting this straight, /pol would hold a woman/girl who had been involuntarily sexed to the same standards as a bar slut?

---

**Anonymous** Thu 22 May 2014 22:04:40 No.30290560   Report
Quoted By: >>30290970

I'm not even in favor of CP, in fact I believe production should be illegal, as it already is.

That being said, it is obvious that most of the damage is causes by people convincing them they're damaged, not the experiences themselves. It's common to convince victims that every ill in their life is a result of abuse, not just normal ups and downs that everybody goes though.

---

View Same | Google | iqdb | SauceNAO | Trace   📥   image.jpg, 41KiB, 500x582



**Anonymous** Thu 22 May 2014 22:20:33 No.30290903   Report
Hmm tell me more about this.. video

---

**Mole** Thu 22 May 2014 22:23:29 No.30290970   Report
Quoted By: >>30291047

>>30290560

You are probably at least 1/2 right on the reactions of people causing some of the damage to the kids as well as the actual molesting.
But it is fairly natural for people to feel revulsion when confronted with it.

---

**Anonymous** Thu 22 May 2014 22:26:35 No.30291047   Report
Quoted By: >>30291153 >>30291190

>>30290970

>But it is fairly natural for people to feel revulsion when confronted with it.

Not really. Without media and government brainwashing, people are generally uncaring on the issue. Hence why it was legal throughout human history up until recently.

---

View Same | Google | iqdb | SauceNAO | Trace | ⬇ ruff.jpg, 67KiB, 608x598



**Mole** Thu 22 May 2014 22:30:48 No.30291153   Report

Quoted By: >>30291209 >>30291221

>>30291047

Ive had a close encounter with a setup/CP from a bunch of ferals involving a naked 5 year old 3 adults watching and her unzipping my fly and getting her hand in before I reacted.

Im fairly certain i was not ok with any of that. I think most blokes wouldnt be..

---

**Anonymous** Thu 22 May 2014 22:32:43 No.30291190   Report

>>30291047

i think its a change in values mostly.

woman for the most part were raised to be wives and the earlier the potential husband was involved the closer the future relationship.

and so as long as they were going to be together later in life relations at a much younger age were acceptable.

at least i believe this to be one aspect of whats changed.

---

**Anonymous** Thu 22 May 2014 22:33:55 No.30291209   Report

Quoted By: >>30291360

>>30291153
>Im fairly certain i was not ok with any of that. I think most blokes wouldnt be..

Unfortunately for you-

1. That's an anecdote

2. You are not anyone else

3. We don't really know what actually goes through people's minds

Because of these things, I go by history and reason rather than anything else, and history and reason at most say "lol IDGAF".

---

**Anonymous** Thu 22 May 2014 22:34:17 No.30291221   Report

Quoted By: >>30291360

>>30291153

I'm so confused by what you just wrote there. I've re-read it 3 times now and I just don't understand what you're trying to say or what point you're trying to make.

---

View Same | Google | iqdb | SauceNAO | Trace | ⬇ aqualung.jpg, 18KiB, 229x225

**Mole** Thu 22 May 2014 22:40:44 No.30291360   Report

Quoted By: >>30291497 >>30291530 >>30291582 >>30291806

>>30291221

Long version...



Dropping off rental equipment to a bunch of ferals place.
2 blokes and a defeated looking lady.

While setting up paperwork a naked little (5?) year old came running up and yanked down my fly and suck her hand in my pants trying to grab my dick.
I pulled her hand out and all the adults did was watch on expectantly.

I very much think it was a setup for blackmail by a house full of kiddie fiddlers.

The 2 blokes then took the kid off to her room.

The whole incident was creepy. I did report it to my copper mate but they moved about a week later.

>>30291209
Well its my experience, others may vary, but Id hazard a guess waiting for her to flip my dick out and suck it would not be a "normal" reaction.

---

**Anonymous** Thu 22 May 2014 22:46:45 No.30291497   Report
Quoted By: >>30291681

>>30291360
That sounds extremely weird. She must have been super well trained to do it so quickly before you reacting.

Also, you told a copper that you had a 5 year olds hands in your flies?

I dont even care if what you said was true. I'd never have admitted that.. with the crazy witch hunt mentality for this kind of stuff these days, that could backfire horribly.

---

**Anonymous** Thu 22 May 2014 22:46:45 No.30291498   Report

>>30284026
by this logic daddy issues don't exist

---

**Anonymous** Thu 22 May 2014 22:48:11 No.30291530   Report
Quoted By: >>30291681

>>30291360
Would you have acted much differently if an adult had acted so brazenly to you?

---

View Same   Google   iqdb   SauceNAO   Trace   ⬇ image.jpg, 331KiB, 723x973



**Anonymous** Thu 22 May 2014 22:49:29 No.30291559   Report

We need some more stories ITT

**Anonymous** Thu 22 May 2014 22:50:43 No.30291582   Report
Quoted By: >>30291800 >>30291806

>>30291360
Poor ole aqualung, he just wants to watch the pretty panties run.

---

**Anonymous** Thu 22 May 2014 22:51:52 No.30291606   Report
Quoted By: >>30291780

Isn't she like 24 or 25 years old?

How the fuck could she have "years working in the Finance, Hospitality/Services and Real Estate industries."

Methinks that she lied on her resume.

---

**Mole** Thu 22 May 2014 22:55:40 No.30291681   Report

>>30291497

Yes It wasnt so much she was fast as my hands were full, I was surprised a lot and i was also expecting one of the other adults to step in.

The copper is a mate of mine from primary school days, Ive passed a fair bit of stuff onto him. Including a nearly beaten to death baby.

>>30291530
Depends if it was a he or she and how good looking it was...

Stupid story, but true...
>Be doorknocking/leaflet dropping shitty part of town.
>Knock on door absolute 9/10 in a see through outfit opens the door and takes my leaflet, I was waiting for the "wukka wukka" 70's porn soundtrack to start... it didnt..
>3 doors down knock on the door, meth freak opens it with a knife in his hand, he has shit fingerprints on his t-shirt and his eyes were swiveling in his head like a spiked fish. I was waiting for the psycho soundtrack, but he took my leaflet, yelled some garbled rubbish and shut the door.

---

**Mole** Thu 22 May 2014 23:00:42 No.30291780   Report

>>30291606

"adult hospitality"?

---

**Mole** Thu 22 May 2014 23:02:05 No.30291800   Report
Quoted By: >>30292007

>>30291582

Can you imagine the Paedogeddon if that song was released nowadays?

9/10ths of the famous rock stars would be guilty of having sex with girls of a suspect age.

---

View Same  Google  iqdb  SauceNAO  Trace  ⬇ 932d635ca74f039b9ba80bb11df366b7.jpg, 94KiB, 400x514

**Anonymous** Thu 22 May 2014 23:02:15 No.30291806   Report



Quoted By: >>30292148

>>30291582
>>30291360
>tull fans on /pol/
This place might yet be salvageable.

**Anonymous** Thu 22 May 2014 23:11:55 No.30292007  Report

>>30291800
You seen what's happening in the UK?

That's basically what has happened. They're all getting locked up for fucking the slags and groupies or whatever that threw themselves at 'em backstage whilst they were 15 or so. They can get some compensation

This website uses cookies to improve your experience. Learn More

Got It

>>30291806

Muh Jethro!

Shall we induct the plebs into one of their finest...?

https://www.youtube.com/watch?v=W7-EEGiABBU

and

https://www.youtube.com/watch?v=uCcwNoVSt2E

Dont suppose youd cop a bit of pouges as well?

**Anonymous** Thu 22 May 2014 23:50:24 No.30292968  Report

>>30288261
Uruguay, right next to Argentina, with lower crime rates and less kikes AoC is 12.

Or to be more precise, 15, but as long as the bitch says it was fine, 12.

**Anonymous** Sat 19 Sep 2015 11:40:36 No.30292968,1  💬  Report  Delete
Quoted By: >>30292968,2

The best part about watching her videos is when you can get "cam models" watch them with you. But you can't just come out & say "hey do you want to watch salty milk?" No you have to test the waters for a few days first. I found 3 that are cool with it

**Anonymous** Tue 06 Dec 2016 12:07:30 No.30292968,2  💬  Report  Delete

>>30292968,1

**Anonymous** Sun 04 Feb 2018 19:55:41 No.30292968,3  💬  Report  Delete

>>30288777

>>30288777
>>30288777

**Anonymous** Wed 18 Apr 2018 17:38:06 No.30292968,4  Report  Delete

>>30289285
>>30289351
>>30289351
>>30289356
>>30289396
>>30286117
>>30290187
>>30290187

**Anonymous** Fri 03 Aug 2018 06:31:29 No.30292968,5  Report  Delete

This is fucked up

**Anonymous** Fri 03 Aug 2018 07:10:16 No.30292968,6  Report  Delete

>>30288234
>this didn't even get any replies
I miss when /pol/ weren't hyper-reactionary moralniggers.

| Subject | |
| Name | |
| E-mail | |
| Password | |

Submit   Reset

FoolFuuka Imageboard 2.2.0 - Asagi Fetcher

Change Language ▲     Change Theme ▲