John A. Kawai, CSBN 260120
CARPENTER, ZUCKERMAN & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel:  (805) 272-4001
Fax:  (805) 719-6858
Email: team3@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, Pro Hac Vice
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425) 747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiffs Pia, Mya And Mya

Carol L. Hepburn, Pro Hac Vice
200 First Avenue West, #550
Seattle, WA  98119
Tel: 206) 957-7272
Fax: (206) 957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Sarah, Skylar, Savannah, Sally, Sierra and Jenny

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA AT SAN DIEGO

| | |
|---|---|
| "LILY," "SARAH," JANE DOE, as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, JOHN DOE, as court appointed conservator for "SALLY" and "SIERRA," JANE ROE as next friend for minors, "PIA," "MYA," AND "AVA," and "JENNY." <br><br> Plaintiffs, <br> v. <br><br> TAY CHRISTOPHER COOPER, <br><br> Defendant. | Case No:   3:19-cv-00745-DMS-AGS <br><br> JOINT MOTION TO DISMISS PLAINTIFFS SARAH, MYA AND AVA  WITH PREJUDICE FROM ALL CLAIMS BETWEEN PLAINTIFFS AND DEFENDANT COOPER <br><br> Judge:     Hon. Dana M. Sabraw <br><br> Courtroom: 13A |

COME NOW, Plaintiffs, by and through their attorneys of records, John A. Kawai of

Carpenter, Zuckerman & Rowley, Carol L. Hepburn of Carol L. Hepburn, P.S., and Deborah A. Bianco of Deborah A. Bianco, P.S., and Defendant, by Douglas S. Gilliland of The Gilliand Firm, and hereby submit this Joint Motion to Dismiss Plaintiffs Sarah, Ava and Mya.

## I. FACTS

This is a suit for damages arising out of the Defendant's violations of federal criminal child pornography statute 18 U.S.C. § 2252 (a)(4).

18 U.S.C. § 2255(a) allows victims of child pornography under section 2252 to recover the actual damages such person sustains or liquidated damages in the amount of $150,000 for each victim and reasonable attorney's fees. The Court may also award punitive damages and grant such other preliminary and equitable relief as the Court determines to be appropriate.

## II. FACTS SPECIFIC TO THIS MOTION

WHEREAS Plaintiffs Sarah, Mya and Ava all being part of multi-victim child pornography series were determined not to be a part of this case.

WHEREAS, Plaintiffs Ava and Mya are no longer minors.

WHEREAS, Sarah, Ava, and Mya have also signed Declarations consenting to their dismissal from the action.

WHEREAS, the parties hereby agree that all claims by and between Plaintiffs Sarah, Mya and Ava and Defendant Tay Christopher Cooper may be dismissed with prejudice and without costs to either party.

## III. JOINT MOTION TO DISMISS PLAINTIFFS SARAH, MYA AND AVA

For the foregoing reasons, the parties jointly move this Court for an order dismissing Plaintiffs Sarah, Mya and Ava from all claims between Plaintiffs and Defendant Cooper.

DATED:  April 2, 2020

CARPENTER, ZUCKERMAN, & ROWLEY

By  /s John A. Kawai
John A. Kawai, CSBA No. 260120
407 Bryant Circle, Suite F
Ojai, CA 93023
805-272-4001
team3@czrlaw.com
Attorney for Plaintiffs

CAROL L. HEPBURN, P.S.
By /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Of Attorneys for Plaintiffs Lily, Sarah, Jane Doe
Doe for Sally and Sierra, minors and Jenny

DEBORAH A. BIANCO, P.S.
By /s Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Of Attorney for Jane Roe for Pia

THE GILLILAND FIRM

By /s Douglas S. Gilliland
Douglas S. Gilliland, Esq.
doug@thegillilandfirm.com
402 West Broadway, Suite 1760
San Diego, California  92101
Telephone: (619) 878-1580
e-Fax: (619) 878-6630
Attorney for the Defendant

JOINT MOTION TO  DISMISS PLAINTIFFS SARAH, MYA AND
AVA WITH PREJUDICE FROM ALL CLAIMS BETWEEN
PLAINTIFFS AND DEFENDANT COOPER- 3