UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA AT SAN DIEGO

| | |
|---|---|
| "LILY," "SARAH," JANE DOE, as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, JOHN DOE, as court appointed conservator for "SALLY" and "SIERRA," JANE ROE as next friend for minors, "PIA," "MYA," AND "AVA," and "JENNY." <br><br> Plaintiffs, <br><br> v. <br><br> TAY CHRISTOPHER COOPER, <br><br> Defendant. | Case No:   3:19-cv-00745-DMS-AGS <br><br> DECLARATION IN SUPPORT OF JOINT MOTION TO DISMISS PLAINTIFFS SARAH, MYA AND AVA WITH PREJUDICE FROM ALL CLAIMS BETWEEN PLAINTIFFS AND DEFENDANT COOPER |

I make this Declaration under penalty of perjury and the laws of the United States of America:

I am one of the Plaintiffs named in the complaint herein. I understand that my lawyers have determined case that none of my images are included in this case, and therefore I must be dismissed as a Plaintiff.

1

I am now past my 18th birthday and am competent in all other respects. I have had a chance to ask all the questions that I have concerning dismissing my claim against Mr. Cooper and consent to my dismissal from this case.

Dated this 13th day of March, 2020.

 Sarah ███████████

2