John A. Kawai, SBN 260120
CARPENTER, ZUCKERMAN, & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805)272-4001
Fax: (805)719-6858
Email: team3@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425)747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiff Jane Roe for Pia

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA 98119
Tel: (206)957-7272
Fax: (206)957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Jane Doe for
Skylar and Savannah, minors,
John Doe for Sally and Sierra, and Jenny

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," JANE DOE, as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, JOHN DOE, as court appointed conservator for "SALLY" and "SIERRA," JANE ROE as next friend for minor, "PIA" and "JENNY." <br><br> Plaintiffs, <br><br> v. <br><br> TAY CHRISTOPHER COOPER, <br><br> Defendant. | NO.  3:19-CV-00745-DMS-AGS <br><br> JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF PROPOSED MINOR SETTLEMENTS <br><br><br> Before the Honorable Andrew G. Schopler United States District Court Magistrate Judge |

JOINT MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR APPROVAL OF MINOR
SETTLEMENTS- 1
 - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

## NATURE OF RELIEF REQUESTED

The parties request an extension of thirty (30) days to file the Joint Motion for Approval of Proposed Minor Settlement which is now required by April 10, 2020. In the alternative the parties request permission to file the Joint Motion for Approval of Minor Proposed Minor Settlements without the exemplified copies of conservatorship court orders as described below and more fully in the Declaration of Carol L. Hepburn filed herewith.

## FACTS

The parties have settled this matter with the help of Magistrate Schopler as of February 12, 2020. The parties have proceeded apace to prepare the necessary documentation for filing the Joint Motion for Approval of Proposed Minor Settlement. However, due to facts and circumstances beyond the parties' control, and substantially due to the COVID-19 crisis and limited access to various courts, all the necessary documents are not available currently for filing of the motion. The parties await receipt of exemplified copies of conservatorship court orders so as to demonstrate for this court that blocked accounts are currently in place for certain of the minors herein. These blocked accounts provide the necessary protection for the minors' funds. The Joint Motion for Approval of Proposed Minor Settlement is ready to file as soon as those exemplified orders are received.

## EVIDENCE UPON WHICH MOTION IS BASED

This motion is based on the Declaration of Carol L. Hepburn.

JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF MINOR SETTLEMENTS- 2
- 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

## ISSUE PRESENTED

Whether the time for filing the Joint Motion for Approval of Proposed Minor Settlement should be extended, or in the alternative whether the Joint Motion for Approval of Proposed Minor Settlement might be filed without the exemplified copies of conservatorship orders.

## ARGUMENT

The parties have done all they can to prepare the Joint Motion for Approval of Proposed Minor Settlement in a timely fashion for the court's consideration. Because the receipt of final documents necessary for the motion is beyond the parties' control, good cause has been shown for extension of time for filing this motion.

In the alternative, the Joint Motion for Approval of Proposed Minor Settlement might be filed based upon a description in counsel's declaration of the provisions in the conservatorship orders which provide protections for the minors' funds. Counsel is an officer of the court and would faithfully describe for the court the contents of the conservatorship orders and could provide a non-exemplified, plain copy of the orders.

RESPECTFULLY submitted, and DATED this 10th day of April, 2020.

CARPENTER, ZUCKERMAN, & ROWLEY

By   /s John A. Kawai
John A. Kawai, CSBA No. 260120
407 Bryan Circle, Suite F
Ojai, CA 93023
805-272-4001
jk@czrlaw.com
Attorney for Plaintiffs

JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR APPROVAL OF MINOR SETTLEMENTS- 3
- 3

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1  CAROL L. HEPBURN, P.S.

2  By /s Carol L. Hepburn
3  Carol L. Hepburn, *Pro Hac Vice*
   WSBA No. 8732
4  200 First Ave. West, Suite 550
   Seattle, WA 98119
5  (206) 957-7272
   (206) 957-7273 fax
6  Email: carol@hepburnlaw.net
7  Of Attorneys for Plaintiffs Lily, Jane Doe for
   Skylar and Savannah, minors, John Doe for
8  Sally and Sierra, minors and Jenny

9

10 DEBORAH A. BIANCO, P.S.

11 By /s Deborah A. Bianco
   Deborah A. Bianco, *Pro Hac Vice*
12 WSBA No. 19826
   14535 Bel-Red Road, #201
13 Bellevue, WA 98007
   Phone: 425-747-4500
14 Email: deb@debbiancolaw.com
   Of Attorneys for Jane Roe for Pia
15

16

17 THE GILLILAND FIRM

18 By /s Douglas S. Gilliland
   Douglas S. Gilliland, Esq.
19 402 West Broadway, Suite 1760
   San Diego, California 92101
20 Telephone: (619) 878-1580
   e-Fax: (619) 878-6630
21 doug@thegillilandfirm.com
   Attorney for the Defendant Tay Christopher Cooper
22

23

24

25

JOINT MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR APPROVAL OF MINOR
SETTLEMENTS- 4
 - 4

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273