John A. Kawai, SBN 260120
CARPENTER, ZUCKERMAN, & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805)272-4001
Fax: (805)719-6858
Email: team3@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425)747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiff Jane Roe for Pia

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA 98119
Tel: (206)957-7272
Fax: (206)957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily,
Jane Doe for Skylar and Savannah, minors,
John Doe for Sally and Sierra, and Jenny

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," JANE DOE, as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, JOHN DOE, as court appointed conservator for "SALLY" and "SIERRA," JANE ROE as next friend for minor, "PIA," and "JENNY."<br>Plaintiffs,<br>v.<br><br>TAY CHRISTOPHER COOPER,<br><br>Defendant. | NO. 3:19-CV-00745-DMS-AGS<br><br>JOINT MOTION TO SEAL PORTIONS OF MOTION TO APPROVE MINOR SETTLEMENTS<br><br>[No Hearing Set, Pursuant to Local Civil Rule 7.2]<br><br>Before the Honorable Dana M. Sabraw<br>United States District Court Judge |

**CAROL L. HEPBURN, P.S.**
**ATTORNEYS AT LAW**
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

## MOTION

Plaintiffs Jane Doe for “Skylar” and “Savannah ”, minors, John Doe for “Sally” and “Sierra,” minors, and Jane Roe for “Pia,” minor bring this motion requesting a partial redaction of documents submitted in support of their motion for approval of “Skylar”, “Savannah”, “Sally”, “Sierra”, and “Pia’s” proposed settlement in this matter. Plaintiffs request redaction from the public record of their legal identities, the identities of their family members, their physical location, and the amount of their settlements.

## FACTS

“Skylar,” “Savannah,” “Sally,” “Sierra,” and “Pia,” are survivors of multiple child sex abuse material (CSAM) crimes. This action is brought against a man convicted of possession of their images of child sex abuse.

At the outset of this matter the court granted “Skylar,” “Savannah,” “Sally,” “Sierra,” and “Pia’s” motion to proceed via pseudonyms.

“Skylar,” “Savannah,” “Sally,” “Sierra,” and “Pia,” are still a minors. Their images are still prolifically traded on the internet. “Skylar,” “Savannah,” “Sally,” “Sierra,” and “Pia,” are currently experiencing periods of developmental and emotional distress and their families are extremely concerned for their welfare.

Counsel for “Skylar,” “Savannah,” “Sally,” “Sierra,” and “Pia,” also represents other victims of child pornography crimes who have been stalked on the internet as verified by criminal conviction and by multiple emails received from strangers concerning their CSAM. Chatter on the internet has included comments about funds received by victims through court proceedings. Counsel for these minors continues to receive multiple notices of new

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

prosecutions weekly involving CSAM for each of these minors, indicating the continued trafficking in their images by offenders.

The Joint Motion for Approval of Minor Settlements filed contemporaneously herewith is supported by documents which contain the legal names of these children. Counsel has proposed in her declaration supporting the instant motion redaction of the legal names of the victims and their family members, as well as the information providing the counties of their residence. This location redaction is proposed to shield the minors from the attempts of any offenders to contact them in person.

The Joint Motion for Approval of Minor Settlements contains the amount of the settlement funds to be received by the minors which should be redacted.

The redactions proposed would protect "Skylar," "Savannah," "Sally," "Sierra," and "Pia," from revelation of their true identities and locations in the public record. Revelation of "Skylar," "Savannah," "Sally," "Sierra," and "Pia's" true identities and locations in the public record would subject them to the possibility of further serious emotional harm through either the actual contact from the offenders who consume their CSAM images and videos, or fear of the potential for such contact. Coupling their identities and location with information of receipt of settlement funds only exacerbates the problem for these vulnerable children and their families.

Defendant has no objection to this motion.

Plaintiffs know of no harm or prejudice to defendant nor to the public interest in shielding "Skylar," "Savannah," "Sally," "Sierra," and "Pia's" true identities, location, or settlement receipts from the public record.



CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

**EVIDENCE RELIED UPON**

Plaintiffs rely upon the Declarations of Counsel Carol L. Hepburn, Jane Doe, mother of "Skylar" and "Savannah," John Doe, father of "Sally," and "Sierra," and Jane Roe, mother of "Pia," and the records and files herein.

**ARGUMENT AND AUTHORITY**

Plaintiffs submit this motion pursuant to Rule 2(j) of the SDCA ECF Policies and Procedures.

While there is a strong presumption of public access to court records, this presumption may be overcome by demonstrating compelling reasons justifying sealing or partially redacting information. *Estate of Nunez by and through Nunez v. County of San Diego,* 386 F. Supp. 3d 1334 (SDCA 2019).

Minor plaintiffs herein establish such compelling reasons as follows:

1. Each is a minor victim of child sex abuse imagery (CSAM) crimes;
2. The redactions proposed would only shield the minors' legal names, that of their family members, their physical locations, and the amount of the settlement; and,
3. Each minor is contemporaneously a victim of continued circulation of CSAM crimes and subject to stalking by offenders.

It is hard to imagine a more compelling reason for taking an action than protecting children from sexual abuse. Each of these children has already been such a victim and each struggles through life with the tremendous psychological burden of that original abuse and the knowledge that unknown numbers of other offenders take daily pleasure in their pain.

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

Shielding the children from direct contact from such offenders is the primary motive of this motion and the requests from the parents and counsel.

Contemporaneous information as set forth in the declaration of counsel supporting this motion indicates the continued interest of the child pornography consuming community in the material concerning the sexual abuse of these children. The requested redactions are narrowly drawn to only cover the information which would identify them, indicate their present physical locations, and the amount of the settlements.

Plaintiffs are aware of no harm to the public interest should this motion be granted and are aware of no objection by Defendant.

RESPECTFULLY submitted, and DATED this 7th day of May, 2020.

CARPENTER, ZUCKERMAN, & ROWLEY

By  /s John A. Kawai
John A. Kawai, CSBA No. 260120
407 Bryan Circle, Suite F
Ojai, CA 93023
805-272-4001
jk@czrlaw.com
Attorney for Plaintiffs

JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 5

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

CAROL L. HEPBURN, P.S.

By /s Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA 98119
(206) 957-7272
(206) 957-7273 fax
Email: carol@hepburnlaw.net
Of Attorneys for Plaintiffs Lily, Jane Doe for Skylar and Savannah, minors, John Doe for Sally and Sierra, minors and Jenny

DEBORAH A. BIANCO, P.S.

By /s Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com
Of Attorneys for Jane Roe for Pia

By approved via email
Douglas S. Gilliland, Esq.
402 West Broadway, Suite 1760
San Diego, California 92101
Telephone: (619) 878-1580
e-Fax: (619) 878-6630
doug@thegillilandfirm.com
Attorney for Tay Christopher Cooper

JOINT MOTION TO SEAL PORTIONS OF MOTION APPROVE MINOR SETTLEMENTS - 6

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273