John A. Kawai, SBN 260120
CARPENTER, ZUCKERMAN, & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805)272-4001
Fax: (805)719-6858
Email: team3@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425)747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiff Jane Roe for Pia

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA 98119
Tel: (206)957-7272
Fax: (206)957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily,
Jane Doe for Skylar and Savannah, minors,
John Doe for Sally and Sierra, and Jenny

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," JANE DOE, as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, JOHN DOE, as court appointed conservator for "SALLY" and "SIERRA," JANE ROE as next friend for minor, "PIA," and "JENNY."<br><br>Plaintiffs,<br><br>v.<br><br>TAY CHRISTOPHER COOPER,<br><br>Defendant. | NO. 3:19-CV-00745-DMS-AGS<br><br>DECLARATION OF JANE DOE IN SUPPORT OF JOINT MOTION SEAL PORTIONS OF MOTION TO APPROVE MINOR SETTLEMENTS<br><br>Date:<br>Time:<br>Before the Honorable Dana M. Sabraw<br>United States District Court Judge |

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

I, Jane Doe, hereby declare as follows:

1. I, Jane Doe, am the mother of the minor plaintiffs "Skylar" and "Savannah" herein and am the person known as "Jane Doe" in this matter. I have been appointed, along with my husband, as co-conservator for the interests of each Skylar and Savannah by the court in our home county. I make this declaration in support of the joint motion to seal portions of joint motion of the parties for approval of the proposed settlement of the claims herein.

2. I respectfully and adamantly request that the court grant the motion to protect my daughters' identities from being in the public record through partially sealing portions of the documents supporting their request for approval of this settlement. They are both still minors and are in a very delicate emotional state at this time. I believe if their names were in the public record connected with their status as victims of this horrible crime, we would be vulnerable to them being sought out by offenders. We are concerned for my daughters' emotional as well as their physical safety and that of our other children and our family as a whole. This whole matter has been the most difficult and hurtful experience imaginable for these girls in their short lives. The protection of my daughters and my family is my highest priority and the basis of this request to the court.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 4/6/2020 day of April, 2020.

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

*DocuSigned by:*
[signature]
8862B90817BE46E...

Jane Doe, co-conservator and mother of Skylar and Savannah

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECLARATION OF JANE DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 3

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273