1  John A. Kawai, SBN 260120
2  CARPENTER, ZUCKERMAN, & ROWLEY
   407 Bryant Circle, Suite F,
3  Ojai, CA 93023
4  Tel: (805)272-4001
   Fax: (805)719-6858
5  Email: team3@czrlaw.com
   Of Attorneys for Plaintiffs
6
7  Deborah A. Bianco, *Pro Hac Vice*
   14535 Bel-Red Road, #201
8  Bellevue, WA 98007
   (425)747-4500
9  Email: deb@debbiancolaw.com
   Attorney for Plaintiff Jane Roe for Pia
10
11 Carol L. Hepburn, *Pro Hac Vice*
   200 First Avenue West, #550
12 Seattle, WA 98119
   Tel: (206)957-7272
13 Fax: (206)957-7273
   Email: carol@hepburnlaw.net
14 Attorney for Plaintiffs Lily,
   Jane Doe for Skylar and Savannah, minors,
15 John Doe for Sally and Sierra, and Jenny
16
                UNITED STATES DISTRICT COURT
17              SOUTHERN DISTRICT OF CALIFORNIA

18 | "LILY," JANE DOE, as court appointed        | NO. 3:19-CV-00745-DMS-AGS
   | conservator for "SKYLAR" and
19 | "SAVANNAH," minors, JOHN DOE, as court      | DECLARATION OF JOHN DOE IN
20 | appointed conservator for "SALLY" and       | SUPPORT OF JOINT MOTION SEAL
   | "SIERRA," JANE ROE as next friend for       | PORTIONS OF MOTION TO APPROVE
21 | minor, "PIA," and "JENNY."                  | MINOR SETTLEMENTS
   |                         Plaintiffs,
22 | v.                                          | Date:
23 |                                             | Time:
   | TAY CHRISTOPHER COOPER,                     | Before the Honorable Dana M. Sabraw
24 |                                             | United States District Court Judge
   |                         Defendant.
25

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

I, John Doe, hereby declare as follows:

1. I, John Doe, am the father of the minor plaintiffs "Sally" and "Sierra" herein and am the person known as "John Doe" in this matter. I have been appointed, along with my wife, as co-conservator for the interests of each Sally and Sierra by the court in our home county. I make this declaration in support of the joint motion to seal portions of joint motion of the parties for approval of the proposed settlement of the claims herein.

2. I respectfully and adamantly request that the court grant the motion to protect my daughters' identities from being in the public record through partially sealing portions of the documents supporting their request for approval of this settlement. They are both still minors and are in a very delicate emotional state at this time. I believe if their names were in the public record connected with their status as victims of this horrible crime, we would be vulnerable to them being sought out by offenders. We are concerned for my daughters' emotional as well as their physical safety and that of our other children and our family as a whole. This whole matter has been the most difficult and hurtful experience of my life and certainly their short lives. The protection of my daughters and my family is my highest priority and the basis of this request to the court.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 7th day of April, 2020.

_____
John Doe, co-conservator and father of Sally and Sierra

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 2

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

1
2 ███████████████████████████
John Doe, co-conservator and father of Sally and
3  Sierra
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO SEAL PORTIONS OF
MOTION APPROVE MINOR SETTLEMENTS - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273