**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE WEST, SUITE 550
SEATTLE, WA 98119
TELEPHONE: (206) 957-7272
FACSIMILE: (206) 957-7273

**DEBORAH A. BIANCO, P.S.**
ATTORNEYS AT LAW
14535 BEL-RED ROAD, SUITE 201
BELLEVUE, WA 98007
TELEPHONE: 425-747-4500
FACSIMILE: 425-747-8400

## ATTORNEY'S FEE AGREEMENT

**THIS AGREEMENT** entered into by and between the undersigned Attorney(s) and Carol L. Hepburn, P.S., hereinafter referred to as "Attorney," and the undersigned, hereinafter referred to as "Client."

**WITNESSETH:** Client in consideration of services rendered and to be rendered by Attorneys to Client, hereby engages Attorneys to represent Client as Client's attorney at law in matters involving restitution in criminal prosecutions and/or civil claims and lawsuits against whomsoever may be responsible to the Client with respect to all losses and damages arising directly or indirectly as a result of possession, distribution, or other trafficking of images of child pornography.

Client further empowers Attorneys to take all steps in said matter(s) as are deemed to be advisable by Attorneys in their discretion.

Client understands that it is essential to the pursuit of the case and claim for which the Client seeks representation that Client at all times tell Attorney the truth and disclose all material facts and documents relating in any way to the claim. Client agrees to put forth his/her best efforts in providing Attorney all information and assistance necessary to pursue the claim. Client further agrees to keep Attorney advised of any changes in his/her contact information, medical treatment if relevant, and or employment.

Client agrees to pay Attorneys for their services a fee equal to **thirty-three and one-third percent** (33-1/3%) of all sums recovered prior to thirty days before trial, **forty percent (40%)** of all sums recovered within thirty days prior to trial or at trial, whether by way of settlement, trial or otherwise, or **fifty percent (50%)** of any sums recovered in the event an appeal is taken to a higher court by any party. Client also agrees to pay Attorneys all costs and disbursements incurred in said matter as they become due or to allow Attorneys to reserve and retain in Attorneys' trust account a portion of funds from claims' proceeds to be applied to costs advanced on Client's behalf; and if any costs shall be advanced by Attorneys, Attorneys shall be reimbursed promptly. Attorneys are authorized to pay all unpaid expenses out of the Client's share of any recovery. Attorneys may elect at their sole discretion to allow costs to be repaid over time from multiple matters. Their election to do so is not a promise or agreement to do so on every matter in the future, nor a waiver of any other provision in this agreement.

Client hereby gives and grants unto Attorneys any lien on said cause of action and on any proceeds received thereon or judgment thereunder, to the share and sums hereinbefore mentioned as Attorney's fees and disbursements, said lien to continue even if Attorney should be discharged without just cause.

Client acknowledges that Attorneys have made no guarantees regarding the successful termination of said cause of action(s) and that all expressions relative thereto are only matters of opinion.

Attorneys shall not settle or compromise this matter without the approval and consent of Client. Client agrees, however, that Attorneys shall have the right to withdraw from said matter at any time upon the giving of reasonable notice to Client.

CP FEE Agreement 33-1/3%
11/15

Fee Agreement.CP
Page 2

agrees, however, that Attorneys shall have the right to withdraw from said matter at any time upon the giving of reasonable notice to Client.

It is understood that from time to time Attorneys may speak at seminars or publish educational or self help materials with or without compensation concerning matters touching on crime victims' rights or personal injury and that in such circumstances it is most beneficial to provide examples from actual cases. Attorneys may as well provide non-identifying descriptions of cases to others in lectures, in person, via written materials or electronic media. Client agrees that Attorneys may use references to the factual circumstances of this case for such purposes so long as neither Client's child nor his family is identified.

If Client recovers a structured settlement, then the percentage contingent fee will be computed using the actual cost of the settlement to the settling defendants or insurers. Whether or not Client recovers a structured settlement, Client and Attorney may, by further agreement set forth in a settlement agreement between Client and one or more defendants or insurers, agree to pay Attorney using future periodic payments. The value on the date of settlement of immediate and future periodic payments to Attorney shall be computed using the cost of the Attorney's payments to the sum and future periodic payments that we receive will not exceed our agreed percentage of the present value of your recovery as set forth above.

Attorneys may elect to receive all or a portion of the fees as periodic payments. If Attorneys make that election, then they will do so prior to any settlement. If Attorneys make that election, then the present value of fees, determined using annuity cost, will not exceed the agreed to percentage of the present value of the amount collected for the client. If Attorneys elect to receive all or a portion of fees as periodic payments, then the client will cooperate in executing any documents appropriate to carry out that election.

Client authorizes Attorneys to execute any settlement checks or financial instruments received in payment of any settlement, judgment or payment order.

If Attorneys withdraw without the fault of Client, Attorneys waive the right to recover any fee for Attorneys representation of Client, but shall still recover all costs and disbursements. If Client discharges Attorneys prior to the completion of this matter, without just and sufficient cause, or if Client elects not to pursue this matter further, Client agrees to pay Attorneys their usual hourly rate for all time expended prior to the time of termination, provided however, that if the case is substantially completed at the time of discharge then Attorneys are entitled to contingent fees and costs in accordance with this agreement.

DATED this 21 day of April, 2016.

_____
Client's Signature

_____
Clients Signature

CAROL L. HEPBURN, P.S.

By: _____
Attorney

DEBORAH A. BIANCO, P.S.

By: _____

CP FEE Agreement 33-1/3%
11/15