# HEPBURN Costs for Lily et al v.Cooper

| Memo | Debit |
|---|---:|
| Pence Ct Rptr -tx of sentencing hearing | 98.55 |
| SDCA US Dist Ct pro hac vice app | 206.00 |
| pacer---online court file access | 2.30 |
| Alaska Airlines to SAN for 1st ENE hearing | 420.50 |
| airport parking trip to SAN | 36.00 |
| pacer---online court file access | 9.00 |
| Lyft San Diego for ENE | 13.58 |
| The Sofia Hotel lodging for ENE | 419.76 |
| pacer---online court file access | 9.00 |
| TLO investigation on def | 85.05 |
| Alaska Airlines for 2d ENE | 450.80 |
| pacer---online court file access | 0.50 |
| pacer---online court file access | 0.50 |
| Taxi to and from airport for 2d ENE | 37.08 |
| Sofia Hotel - lodging for 2d ENE | 234.63 |
| **TOTAL** | 2,023.25 |