# Deborah A. Bianco

## EDUCATION
1980 B.A. Washington University, St. Louis Missouri cum laude
1983 J.D. Washington University, St. Louis, Missouri

## LICENSURE
State of Illinois-November 9, 1983; Bar number 06185162
State of Missouri-May 5, 1984; Bar Number 31245
State of Washington-November 13, 1990; Bar Number 19826

## EMPLOYMENT
*June, 1982- December, 1983*
> Land of Lincoln Legal Assistance Foundation, St. Clair County Office, 327 Missouri Avenue, East St. Louis, IL 62201; (618) 271-9140,

and
*August 1984- November, 1987;*
> Land of Lincoln Legal Assistance Foundation, Madison County office, 413 East Broadway, Alton, Illinois 6220;2 (618) 462-0036

I worked for these Legal Services Corporation offices in two
*January-May, 1990* different locations, first as a law student in East St, Louis, Illinois, then as a staff attorney, in Alton, Illinois, and later, again, as a staff attorney in East St. Louis, Illinois. My movement between offices was largely a function of LSC budget cuts. In both offices I handled a family law caseload of cases consisting almost exclusively of domestic violence and contested child custody matters, although I also had an opportunity to be involved in class action litigation in the East St. Louis office.

*November, 1987- July, 1989*   Love, Lacks & Paule, Inc. P.S.,
> 11 S. Meramec, Seventh Floor, Clayton, Missouri 63105; (314) 863-4100
> I was employed as litigation associate, working initially as in-house counsel for the local Coldwell-Banker residential real estate group, but gradually assuming a domestic relations caseload with an emphasis on issues involving children.

*October, 1990- July, 1992*   Anderson & Fields, Inc. P.S.,
> 207 East Edgar St., Seattle, WA 98102; (206)322-2060
> I worked as an associate attorney handling family law matters and maintaining my own caseload of family law cases, including dissolutions, modifications, juvenile court, pre-nuptial contracts and domestic violence cases.

*July, 1992 October, 1995-*   Reaugh, Fischnaller & Oettinger, Inc. P.S., 2001 Sixth
> Avenue,       Suite 3000, Seattle, WA 98121; (206)448-7600

> I worked as a family law attorney, primarily, although during my employment I also had an opportunity to be involved in a legal malpractice action involving a prominent family law attorney, and I also served as co-counsel in a jury trial involving an employment matter.

*October, 1995- December, 2007*   Campiche, Hepburn & Bianco, P.L.L.C.
300 Elliott Avenue West, Suite 550, Seattle, WA  98119
(206)281-9000
I was an owner/unit holder of the firm. My practice consisted primarily of family law matters. The firm was composed of three attorneys with a support staff of five employees.

January, 2007-Present        Deborah a. Bianco, P.S., 14535 Bellevue-Redmond Rd. #201, Bellevue, WA  98007 (425) 747-4500
Since January 1, 2007, I have been self-employed, as a sole proprietor in my own law firm. I represent individual clients in family law matters. I work with a paralegal, Lesley Roberts, who has worked with me for the past 22 years.

## LAW RELATED ACTIVITIES

I was a member of the Board of Directors for Legal Services of Eastern Missouri from 1988-89.

I served as a member of the Highline Community College Paralegal Program Advisory Board from 1994-2003 and I was the chair of the board for one year.

I served as a mentor in the King County Bar Association Family Law Mentor Program from 1994-2012.

I received a certificate in mediation from the University of Washington Law School Foundation Professional Mediation Skills Training Certificate Program in 1994, and mediation has been a part of my practice since that time.

I have been a volunteer mediator for the King County Settlement Conference program in both Kent and Seattle, since 1996.

I served as a volunteer attorney in the King County Bar Neighborhood Legal Clinic program from 2007-2015.

I took the University of Washington Parenting Evaluation Training Program and attended Guardian ad Litem training. I served as a guardian ad litem until 1998.

I currently serve as a family law commissioner pro tempore, for King County and have served as a family law court commissioner pro tempore since 1998.

I have written materials and/or been presenter of the following:

| | |
|---|---|
| Panel member-Sexual and Domestic Violence | April, 1987 |
| Trying A Contested Child Custody Case | April, 1989 |
| Surviving Transitions With the Legal System | April 7, 1989 |
| Family Law Litigation in Washington | 1994 |
| Using the Psychology Expert in Custody and Visitation Issues in Washington | September 26, 1996 |
| Family Law in Washington | March 22, 1996 |
| Preparing a Parenting/Custody case | March 25, 1997 |
| WSTLA *Trial News* "Litigating Under the Hague Convention" | January, 2001 |
| Child Custody and Visitation in Washington | February 22, 2001 |
| Child Custody and Visitation in Washington | April 16, 2002 |
| McKinley Irvin CLE Speaker Series-Domestic Violence | April 8, 2015 |
| King County Bar Association-Navigating the King County Ex Parte Department | December 14, 2016 |

I am a member of the following Bar Associations:
- Washington State Bar Association (#19826)
- The Missouri Bar (#31245)
- Illinois State Bar Association (#6185162)
- American Bar Association
- King County Bar Association
- Association of Family and Conciliation Courts
- National Crime Victims Bar Association