## EXEMPLIFIED COPY CERTIFICATE

**CERTIFICATE OF COPY**

I, **Dawn Stallsworth,** Clerk of the Combined Courts, ▮ County, 4th Judicial District, ▮, do hereby certify the following to be a true, perfect and complete copy of:

**2016PR30626**

This Packet Contains a copy of the Order Granting Petition to Settle Civil Claims and Execute Settlement Agreements and/ or Convenants Not to Sue, Amended Order Appointing Co-Conservators for Minor, and Order Appointing Co- Conservators for Minor.

IN THE MATTER OF: ▮

Dated and sealed at my office in ▮ on this date: 9-27-2020

_____ Acting Clerk of Court

**CERTIFICATE OF ATTESTATION**

I, ▮ Chief Judge of the Combined Courts for the Fourth Judicial District, ▮ do certify that ▮ whose name is subscribed to the Certificate of Copy, now is, and was, at the time of signing and sealing the same, Clerk of the Combined Courts, ▮ County, 4th Judicial District, ▮ and custodian of the records and keeper of the seal thereof, duly appointed and qualified to office; that full faith and credit are and of right to be given to all official acts as such in all Courts of Record and elsewhere; and that said attestation is in due form of law, and by the proper officer.

[Seal]

BY THE COURT:

_____ **Will Bain,** Chief Judge

**CERTIFICATE OF ATTESTATION**

I, ▮ Clerk of the Combined Courts, ▮ County, 4th Judicial District, ▮ do certify that **Will Bain**, Chief Judge whose genuine signature is appended to the foregoing Certificate of Attestation, was at the time signing and is now the Chief Judge of the Combined Courts, 4th Judicial District, ▮, duly commissioned and qualified; that full faith and credit are and of right ought to be given to all his official acts as such, in all ▮ Record and elsewhere.

[Seal]

_____ Acting Clerk of Court

| DISTRICT COURT, ███ COUNTY, ███ | |
|---|---|
| Court Address: ███ | DATE FILED: May 25, 2017 9:13 AM |
| In the Matter of: ███ | |
| | ⚠ COURT USE ONLY ⚠ |
| | Case Number: 2016PR30626 |
| | Division: W    Courtroom: |
| **Order Granting Petition to Settle Civil Claims and Execute Settlement Agreements and/or Covenants Not to Sue** | |

The motion/proposed order attached hereto: GRANTED.

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the ███ Rules for Magistrates.

Issue Date: 5/25/2017

*Frances N.* (signature)

**FRANCES RENAE JOHNSON**
Magistrate

| District Court <br> ▌▌▌ County, ▌▌▌ <br> Court Address: <br> ▌▌▌▌▌▌▌▌▌▌▌▌▌▌ <br><br> In the Interest of: <br><br> ▌▌▌▌▌▌▌▌▌▌ <br><br> Minor Protected Person. | ▲ COURT USE ONLY ▲ <br> Case Number: 16PR30626 <br> SUPPRESSED CASE; FILE UNDER SECURITY <br> Division: W    Courtroom: W150 |
|---|---|

### ORDER GRANTING PETITION TO SETTLE CIVIL CLAIMS AND EXECUTE SETTLEMENT AGREEMENTS AND/OR COVENANTS NOT TO SUE

THIS MATTER COMES BEFORE THE COURT on the Petition to Settle Civil Claims and Execute Settlement Agreements and/or Covenants Not to Sue filed by ▌▌▌▌▌▌▌▌▌▌▌▌ Co-Conservators for the estate of Alison Evans, Minor Protected Person.

The Court, having reviewed the Petition, enters the following Orders:

The Petition is **GRANTED**. The Court therefore orders that the Co-Conservators are hereby authorized to execute all documents necessary for settling the civil liability claims of the Minor Protected Person against the individual tortfeasors referenced in the Petition and future civil claims in amounts of $50,000.00 (fifty thousand dollars) or less, without further order of this Court.

THE COURT FURTHER ORDERS THAT the Co-Conservators shall report on each and every civil settlement entered into, in the annual Restricted Account Reports filed with the Court.

Date: _____    _____
                                                                    District Court Judge/Magistrate

{00189302 1 }



| District Court | |
|---|---|
| Court Address: | DATE FILED: December 12, 2016 4:53 PM |
| In the Interest of: | **COURT USE ONLY** |
| | Case Number: 2016 PR 30626 |
| | **SUPPRESSED CASE; FILE UNDER SECURITY** |
| Minor | Division W    Courtroom W150 |
| **AMENDED ORDER APPOINTING CO-CONSERVATORS FOR MINOR** | |

Upon consideration of the Petition for Appointment of Limited Co-Conservators for the above Minor and hearing on **December 6, 2016,**

**The Court finds that:**

1. Venue is proper and required notices have been given or waived.
2. Interested persons seek the appointment of Co-Conservators.
3. The person is a minor born on February 14, 2006.
4. The Minor's best interest will be served by appointment of Co-Conservators.
5. The appointment of Limited Co-Conservators is necessary because the Minor
   ☒ owns money or property that requires management or protection that cannot otherwise be provided.
   ☒ has or may have business affairs that may be put at risk or prevented because of the Minor's age.
   ☐ needs money for support and education and that protection is necessary or desirable to obtain provide money.
   ☐ for reasons other than age the Minor is unable to manage property and business affairs because he/she is unable to effectively receive and evaluate information or both or to make or communicate decisions, even with the use of appropriate and reasonably available technological assistance. The evidence is clear and convincing in this regard. Additionally, it has been shown that the Minor has property that will be wasted or dissipated unless proper management is provided or that the Minor, or persons entitled to the Minor's support, require money for support, care, education, health, and welfare, and protection is necessary or desirable to obtain or provide money.
   ☐ A Conservator is required because the Minor is missing, detained, or unable to return to the United States.

The Court has considered any expressed wishes of the Minor concerning the selection of the Co-Conservators. The Court has considered the powers and duties of the Co-Conservators, the scope of the Conservatorship, and the priority and qualifications of the Nominees.

**The Court appoints the following persons as Limited Co-Conservators of the Minor:**

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Street Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
City: ▓▓▓▓▓▓▓▓▓▓ State: ▓▓ Zip Code: ▓▓▓▓▓ Phone #: ▓▓▓▓▓▓▓▓▓▓
Email Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**The Court directs the issuance of Letters of Limited Co-Conservatorship as follows:**

☒ The Letters shall expire on <u>February 14, 2027</u>, the Minor's 21st birthday, unless otherwise ordered by the Court.
☐ The powers and duties of the Conservator are unrestricted. The Conservator may exercise all the powers granted in §15-14-425, C.R.S.
☒ The powers and duties of the Co-Conservators are limited by the following restrictions:

<u>The Co-Conservators are authorized to receive the Minor Protected Person's restitution payments; execute documents necessary to effect the receipt of the restitution payments; authorize payment of outstanding attorney fees and costs associated with the receipt of the Minor Protected Person's restitution payments; and manage the Minor Protected Person's net restitution payments in a restricted account until or unless the Co-Conservators determine it is in the Minor Protected Person's best interests to request the Court's authorization to establish a needs trust for the benefit of the Minor Protected Person.</u>

**The Court orders the following:**

1. The Co-Conservators shall notify the Court within 30 days if their home address, email address, or telephone number changes and any change of address for the Minor Protected Person.

2. Within 30 days of appointment, the Co-Conservators shall provide a copy of this Order Appointing Co-Conservators for Minor to the Minor Protected Person, if 12 years or older, and persons given notice of the Petition and shall advise those persons using Notice of Appointment of Guardian and/or Conservator (JDF 812)

that they have the right to request termination or modification of the Conservatorship.

3. The Co-Conservators shall file for approval with the Court a summary Conservator's Financial Plan with Inventory on or before March 6, 2017. The value of the assets must be reported as of the date of this Order.

4. The Co-Conservators shall file a Restricted Account Report (JDF 896) with the Court each year on or before February 14. The time period covered in the report shall begin on <u>January 1</u> and end on <u>December 31</u>. The Co-Conservators are required to maintain all supporting documentation; including receipts and disbursements.

5. The Co-Conservators shall
   ☒ serve without bond for the following reason(s): <u>The Minor Protected Person's restitution payments will be held in a restricted account and the Co-Conservators will not have access to the funds without prior order of the Court.</u>

   ☐ serve with bond in the amount of $ _____. The bond must be posted with the Court by _____ (date). If bond is posted by a surety, notice of any proceeding must be provided to the surety.

6. Copies of all future Court filings must be provided to the following:

| Name of Interested Person | Relationship to Minor |
|---|---|
| ▓▓▓▓▓▓▓ | The Minor (if 12 years or older at the time of mailing) |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | Parents and Co-Conservators |

7. **The Court further orders:**

_____

Date: December 12, 2016
*Nunc pro tunc*: December 7, 2016

District Court Magistrate

This order was issued with consent; any appeal taken must be in accordance with Rule 7(b) of the ▓▓▓▓▓ Rules for Magistrates.