1  John A. Kawai, SBN 260120
2  CARPENTER, ZUCKERMAN, & ROWLEY
3  407 Bryant Circle, Suite F,
   Ojai, CA 93023
4  Tel: (805)272-4001
   Fax: (805)719-6858
5  Email: team3@czrlaw.com
   Of Attorneys for Plaintiffs
6

7  Deborah A. Bianco, WSBA No. 19826, *Pro Hac Vice*
   14535 Bel-Red Road, #201
8  Bellevue, WA 98007
   (425)747-4500
9  Email: deb@debbiancolaw.com
   Attorney for Plaintiff Jane Roe for Pia
10

11 Carol L. Hepburn, WSBA No., 8732, *Pro Hac Vice*
   200 First Avenue West, #550
12 Seattle, WA 98119
   Tel: (206)957-7272
13 Fax: (206)957-7273
   Email: carol@hepburnlaw.net
14 Attorney for Plaintiffs Lily, Jane Doe for Skylar
15 and Savannah, minors, John Doe for Sally and
   Sierra, and Jenny
16

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," JANE DOE, as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, JOHN DOE, as court appointed conservator for "SALLY" and "SIERRA," JANE ROE as next friend for minor, "PIA," and "JENNY."<br>Plaintiffs,<br>v.<br>TAY CHRISTOPHER COOPER,<br>Defendant. | NO. 3:19-CV-00745-DMS-AGS<br><br>DECLARATION OF JOHN DOE IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENT FOR SALLY AND SIERRA<br><br>Date:<br>Time:<br>Before the Honorable Dana M. Sabraw<br>United States District Court Judge |

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SALLY AND SIERRA - 1

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

I, John Doe, hereby declare as follows:

1. I, John Doe, am the father of the minor plaintiffs "Sally" and "Sierra" herein and am the person known as "John Doe" in this matter. I have been appointed, along with my wife, as co-conservator for the interests of each Sally and Sierra by the court in our home county. I make this declaration in support of the motion of the joint motion of the parties for approval of the proposed settlement of the claims herein.

2. My daughters have been represented by Ms. Hepburn since 2015 in matters relating to their rights as victims of child pornography crimes. Ms. Hepburn and I have discussed many times the nature of the claims which may be made on their behalf. We have also discussed several times the processes involved in proceeding to trial with a civil claim.

3. I have reviewed the motion and the declarations of Carol L. Hepburn, John Kawai, Deborah Bianco and Doug Gilliland, attorney for Defendant Tay Christopher Cooper, supporting the joint motion to approve the settlement. It is my understanding that each of the plaintiffs including my two daughters would receive an equal pro-rata portion of the gross proceeds of the settlement and also be responsible for an equal pro-rata share of the costs of the litigation.

4. I believe that the proposed settlement is a fair and reasonable one in that it provides a certain recovery to each of the plaintiffs in the near term without the expenditure of additional costs for trial and for collection.

5. I am in agreement with the allocation of one third of the gross recovery for attorneys' fees in this matter. At the outset of our engaging Ms. Hepburn to represent our daughters, my wife and I entered into a fee agreement providing for a one third contingency fee together with reimbursement of reasonable out of pocket costs which she might expend. Our home county court also approved this fee agreement in the course of our conservatorship action.

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SALLY AND SIERRA - 2

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273

6. I have reviewed the listing of costs expended in this matter totaling $4,044.80 and have no objection to reimbursement of this amount.

7. As ordered by the court in our conservatorship action, all monies received on behalf of our daughters, and including any funds coming from the resolution of this case, are place in a blocked account. We are required to report to the court each year concerning all deposits and to provide documentation concerning the activity in the account and the balance. No withdrawals are allowed without an authorizing order of the court. Attached hereto as Exhibits 1 and 2 are the orders of the court appointing my husband and I as co-conservators and establishing the rules for handling funds received for our daughters.

8. I ask on behalf of my daughters that the court approve this settlement as proposed in the joint motion.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DA TED this 8th day of April, 2020

John Doe, co-conservator and father to Sally and Sierra

DECLARATION OF JOHN DOE IN SUPPORT OF
JOINT MOTION TO APPROVE MINOR
SETTLEMENTS FOR SALLY AND SIERRA - 3

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
200 FIRST AVENUE W, SUITE 500
SEATTLE, WA 98119
TEL: (206) 957-7272 / FAX: (206) 957-7273