UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," JANE DOE, as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, JOHN DOE, as court appointed conservator for "SALLY" and "SIERRA," JANE ROE as next friend for minor, "PIA," and "JENNY."<br><br>                                    Plaintiffs,<br><br>v.<br><br>TAY CHRISTOPHER COOPER,<br><br>                                    Defendant. | Case No.:  19cv745-DMS(AGS)<br><br>**ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFING** |

Before the Court is the parties' "Joint Motion to Approve Minor Settlements" ("Joint Motion"), which was referred to this Court.  (ECF Nos. 36 & 38; see also ECF No. 35 (randomly assigning the motion to Judge Berg).)  Pursuant to the terms of the proposed settlement, Plaintiffs, including minors, will receive an equal pro-rata portion of the gross proceeds of the settlement and will be responsible for an equal pro-rata share of the costs of the litigation.  (See ECF No. 36 at 6.)

Having reviewed the Joint Motion and supporting documentation, the Court notes a discrepancy in the amount of total costs Plaintiffs' counsel claim to have

1

advanced in this action.  (See ECF No. 38 at 100 (containing proposed order listing total advanced costs of **$4,044.80** (which equals $577.83 per Plaintiff)); see also ECF No. 36 at 6 (claiming that costs per Plaintiff equal $577.83); cf. Decl. of Carol L. Hepburn, ECF No. 36-1 at 7 (declaring that the total costs for this matter are **$3,838.80** (which equals $548.40 per Plaintiff).)  Accordingly, the parties are **ORDERED** to provide additional briefing regarding their calculations of total costs advanced by Plaintiffs' counsel.  The parties shall supplement their Joint Motion by **August 14, 2020**.

**IT IS SO ORDERED.**

Dated:  August 7, 2020

Honorable Michael S. Berg
United States Magistrate Judge