John A. Kawai, SBN 260120
CARPENTER, ZUCKERMAN, & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805)272-4001
Fax: (805)719-6858
Email: team3@czrlaw.com
Of Attorneys for Plaintiffs

Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
(425)747-4500
Email: deb@debbiancolaw.com
Attorney for Plaintiff Jane Roe for Pia

Carol L. Hepburn, *Pro Hac Vice*
200 First Avenue West, #550
Seattle, WA 98119
Tel: (206)957-7272
Fax: (206)957-7273
Email: carol@hepburnlaw.net
Attorney for Plaintiffs Lily, Jane Doe for
Skylar and Savannah, minors,
John Doe for Sally and Sierra, and Jenny

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," JANE DOE, as court appointed conservator for "SKYLAR" and "SAVANNAH," minors, JOHN DOE, as court appointed conservator for "SALLY" and "SIERRA," JANE ROE as next friend for minor, "MYA," AND "AVA," and "JENNY."<br><br>Plaintiffs,<br>v.<br><br>TAY CHRISTOPHER COOPER,<br><br>Defendant. | NO. 3:19-CV-00745-DMS-AGS<br><br>SUPPLEMENTAL BRIEFING; DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENTS<br><br>Honorable Dana M. Sabraw<br>United States District Court Judge |

SUPPLEMENTAL DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENTS - 1

CAROL L. HEPBURN, P.S.
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

Pursuant to the Court's Order dated August 7, 2020 [Doc. 39], Plaintiffs hereby submit as supplement briefing in this matter the enclosed Declaration of Carol L. Hepburn.

Dated: August 10, 2020                    CARPENTER, ZUCKERMAN & ROWLEY

                                          By: */s/ John A. Kawai*_____
                                                 JOHN A. KAWAI

**DECLARATION OF CAROL L. HEPBURN**

I, CAROL L. HEPBURN hereby declare as follows:

1. I represent the Plaintiffs Lily, Jane Doe as court appointed conservator for Skylar and Savannah, minors, John Doe as court appointed conservator for Sally and Sierra, minors, and "Jenny" in this action (Lily, Jane Doe, Skylar, Savannah, John Doe, Sally, Sierra, and Jenny or "Plaintiffs"). I make this supplemental declaration in response to the court's order of August 7, 2020 and it is based upon my own personal knowledge and professional experience as an attorney, in support of Joint Motion to Approve Minor Settlements.

2. I have reviewed again each of the declarations filed in support of the Joint motion for approval of minor settlement as well as the listing of costs and the drafts of the motion for approval of minor settlement.  Upon this review I believe that an earlier draft listing of costs had items totaling $186 which we determined were duplicates and should not be included.  The lesser total of costs ($3,838.80 or $548.40 per Plaintiff) is therefore the correct amount of costs.  The motion and proposed order had been drafted before this duplication was discovered and we neglected to properly

SUPPLEMENTAL DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENTS - 2

**C**AROL **L. H**EPBURN**, P.S.**
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273

correct them.  With apologies to the court for the waste of time and inconvenience, I submit with the supplemental declaration a corrected proposed order.

    I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    DATED this 10th day of August, 2020.

                            CAROL L. HEPBURN, P.S.

                            By /s Carol L. Hepburn
Carol L. Hepburn , WSBA No. 8732, *Pro Hac Vice*
PO Box 17718
Seattle, WA  98127
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net
Of Attorneys for Plaintiffs Lily, Jane Doe for Skylar and Savannah, minors, John Doe for Sally and Sierra, minors and Jenny

SUPPLEMENTAL DECLARATION OF CAROL L. HEPBURN IN SUPPORT OF JOINT MOTION TO APPROVE MINOR SETTLEMENTS - 3

**CAROL L. HEPBURN, P.S.**
ATTORNEYS AT LAW
PO BOX 17718
SEATTLE, WA 98127
TEL: (206) 957-7272 / FAX: (206) 957-7273