John A. Kawai, SBN 260120
CARPENTER, ZUCKERMAN, & ROWLEY
407 Bryant Circle, Suite F,
Ojai, CA 93023
Tel: (805)272-4001
Fax: (805)719-6858
Email: team3@czrlaw.com

Deborah A. Bianco, *Pro Hac Vice*
PO Box 6503
Bellevue, WA 98008
(425)747-4500
Email: deb@debbiancolaw.com

Carol L. Hepburn, *Pro Hac Vice*
PO Box 17718
Seattle, WA 98127
Tel: (206)957-7272
Fax: (206)957-7273
Email: carol@hepburnlaw.net

Of Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| "LILY," JANE DOE, as court appointed conservator for "SKYLAR" "SAVANNAH," minors, JOHN DOE, as appointed conservator for "SALLY" "SIERRA," JANE ROE as next friend minor, "PIA," and "JENNY."<br><br>Plaintiffs,<br>v.<br><br>TAY CHRISTOPHER COOPER,<br><br>Defendant. | NO. 3:19-CV-00745-DMS-AGS<br><br>JOINT MOTION FOR ORDER DISMISSAL PURSUANT TO RULE 41(a)<br><br>Before the Honorable Magistrate Judge Andrew G. Schopler |

//

JOINT MOTION FOR ORDER OF DISMISSAL
PURSUANT TO RULE 41(a)(2) - 1

## MOTION

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs, move by and through their counsel of record for an order dismissing this action without costs to either party.

## FACTS

The parties have settled this matter and all obligations required by that settlement agreement have been fulfilled.

## ISSUES

Whether this matter should be dismissed.

## ARGUMENT

Rule 41(a)(2) provides where the defendant has filed an Answer that a matter may be dismissed only by order of the Court. Defendant filed no counterclaim. This matter has settled. This matter should be dismissed with no costs to either party.

## CONCLUSION

This matter should be dismissed with prejudice and without costs to either party.

RESPECTFULLY submitted, and DATED this 30th day of September, 2021.

CARPENTER, ZUCKERMAN, & ROWLEY

By /s/ John A. Kawai
John A. Kawai, CSBA No. 260120
407 Bryant Circle, Suite F
Ojai, CA 93023
805-272-4001
jk@czrlaw.com

IT IS SO ORDERED.
DATED 10-11-21
UNITED STATES DISTRICT JUDGE

CAROL L. HEPBURN, P.S.

By /s/ Carol L. Hepburn
Carol L. Hepburn , *Pro Hac Vice*
200 First Ave. West, Suite 550
Seattle, WA  98119
(206) 957-7272
(206) 957-7273 fax
Email:  carol@hepburnlaw.net

DEBORAH A. BIANCO, P.S.

   /s/ Deborah A. Bianco
By  /s/ Deborah A. Bianco
Deborah A. Bianco, *Pro Hac Vice*
14535 Bel-Red Road, #201
Bellevue, WA 98007
Phone: 425-747-4500
Email: deb@debbiancolaw.com

Of Attorneys for Plaintiffs


THE GILLILAND FIRM

By /s Douglas S. Gilliland
Douglas S. Gilliland, Esq.
doug@thegillilandfirm.com
402 West Broadway, Suite 1760
San Diego, California  92101
Telephone: (619) 878-1580
e-Fax: (619) 878-6630
Attorney for the Defendant